# United States Bankruptcy Court
## Western District of Washington

In re    **Vadium Technology, Inc.**

Debtor

Case No.    **12-10808**

Chapter      **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 5 | 4,691,831.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 6,685,262.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | 2,025,923.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 20 | | 11,609,642.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 34 | | | |
| Total Assets | | | 4,691,831.00 | | |
| Total Liabilities | | | | 20,320,827.00 | |

.

# United States Bankruptcy Court
## Western District of Washington

In re    **Vadium Technology, Inc.**                                ,      Case No.    **12-10808**

Debtor

Chapter               **11**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

In re **Vadium Technology, Inc.** , Case No. __12-10808__

Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re   **Vadium Technology, Inc.**           Case No.    **12-10808**

                               Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.   Cash on hand | X | | | |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.   Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.   Wearing apparel. | X | | | |
| 7.   Furs and jewelry. | X | | | |
| 8.   Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.   Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

                                         Sub-Total >       **0.00**
                                      (Total of this page)

  **4**   continuation sheets attached to the Schedule of Personal Property

In re   **Vadium Technology, Inc.**                 ,    Case No.   **12-10808**

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | | **Interestin Vadium Voice Communications, LLC - 82% Ownership** | - | 2,460,000.00 |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Advances Made To Furloughed Employees to Retain them as part of future Reorganization and Sales of Assets that can be setoff against Accrued Rentention Wages Zsolt Ari - 2304 N. 53rd St. Seattle, WA 98103** | - | 87,500.00 |

|  | Sub-Total > | 2,547,500.00 |
|---|---|---|
|  | (Total of this page) | |

Sheet  **1**  of  **4**  continuation sheets attached
to the Schedule of Personal Property

In re  **Vadium Technology, Inc.**                                    ,    Case No.    **12-10808**
Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Advances Made To Furloughed Employees to Retain them as part of future Reorganization and Sales of Assets that can be setoff against Accrued Rentention Wages **Joe Mistachkin** **15606 NE 40th St. #L-245 Redmond, WA 98052** | - | 74,750.00 |
| | | Advances Made To Furloughed Employees to Retain them as part of future Reorganization and Sales of Assets that can be setoff against Accrued Rentention Wages **Jeff Nitsche** **14710 Aqua Dr Kp N Gig Harbor, WA 98329** | - | 12,000.00 |
| | | Advances Made To Furloughed Employees to Retain them as part of future Reorganization and Sales of Assets that can be setoff against Accrued Rentention Wages **Loal Davis** **30916 16th Pl SW, Apt. C, Federal Way, WA 98023** | - | 52,250.00 |
| | | **Wolfgang Hammersmith 3800 Bridgeport Way, #523 University Place, WA 98466 - Note Receivable for $650,000, due December 31, 2015, taken in exchange for issuance of the Series Z Preferred Stock Held by Wolfgang** | - | 650,000.00 |
| | | **Wolfgang Hammersmith, 3800 Bridgeport Way #523, University Place, WA 98466.  $454,200 -- note receiable from Officer Loans, can be set off against Notes Payable and Deferred Officer Salaries due Wolfgang Hammersmith.** | - | 454,200.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **Intellectual Property Asset - Computer Source Code - 401 Second Ave S, Ste 500 Seattle WA 98104** | - | 714,270.00 |
| | | **US Patent #7840002 - Techniques to Strengthen One - Time Pad Encryption** | - | 20,816.00 |
| | | **US Paten #7317799 - Key Folding Proces for Cypher Systems** | - | 20,816.00 |
| | | **US Patent Application #12/942547 - Techniques to Strengthen One - Time Pad Encryption** | - | 20,816.00 |
| | | **US Patent Application #20030026429 for Key ID & offset** | - | 20,816.00 |

Sub-Total >        **2,040,734.00**
(Total of this page)

Sheet  **2**  of  **4**  continuation sheets attached
to the Schedule of Personal Property

In re    **Vadium Technology, Inc.**                            ,    Case No.   **12-10808**

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | US Patent #20030026431 for Key Service and Key Management, to be refiled as divisional of Key ID & offset app | - | 20,816.00 |
| | | US Patent Application 20030016821 US app for Keyable Characters, to be refiled as divisional of Key ID & offset app | - | 20,816.00 |
| | | European Patent #1279249B1 patent issued in Germany, Austria, Great Britain and France | - | 20,816.00 |
| | | European Patent #1808977 Divisional pending in Europe | - | 20,816.00 |
| | | US Trademark #78812823 - Confidence Delivered | - | 503.00 |
| | | US Trademark #78366862 - AlphaCipher Mobile | - | 503.00 |
| | | US Trademark #78360692 - AlphaCipher Desktop | - | 503.00 |
| | | US Trademark #7833406 - Vadium Technology | - | 503.00 |
| | | US Trademark #78282610 - AlphaCipher | - | 503.00 |
| | | Unregistered Trademark - iAptus | - | 503.00 |
| | | Unregistered Trademark - Recognos | - | 503.00 |
| | | Unregistered Trademarks - KeyGen | - | 503.00 |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | Belhara Security Solutions - 475 Howe Street, Suite 807 Vancouver, BC V6C 2B3 Canada - Software Development Kit License Between Vadium Technology, Inc. and Belhara Security Solutions, Inc. - March 2011 | - | 0.00 |
| | | Belhara Security Solutions 475 Howe Street, Suite 807 Vancouver, BC V6C 2B3 Canada - Source Code License Between Vadium Technology, Inc. and Belhara Security Solutions, Inc. - March 2011 | - | 0.00 |
| | | Belhara Security Solutions 475 Howe Street, Suite 807 Vancouver, BC V6C 2B3 Canada - Side Letter Agreement to Licenses Between Vadium Technology, Inc and Belhara Security Solutions, Inc. - March 2011 | - | 0.00 |

Sub-Total >      87,288.00

(Total of this page)

Sheet  **3**  of  **4**  continuation sheets attached
to the Schedule of Personal Property

In re     **Vadium Technology, Inc.**                 ,     Case No.     **12-10808**

Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **23 Desk - 46 Desk Chair - 10 Shelf Unit - 14 Drawer Unit - 1 Table Top - 1 Round Coffee Table - 1 Booth Case - 3 Chair - 1 Metal Cabinet** | - | 3,775.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Computers - Printers - Servers - Routers - Switches - Shredder - Refrigerator - Shredder - Pepsi Machine. Please See Attached** | - | 12,534.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | 16,309.00 |
| Total > | 4,691,831.00 |

Sheet   __4__   of   __4__   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

In re __Vadium Technology, Inc._____,   Case No. ___12-10808_____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | Received a stipulated judgment lien | | | | | |
| 4505, LLC 4505 Pacific Highway E. Suite A Tacoma, WA 98424 | | - | | | | | | | |
| | | | | Value $                  0.00 | | | | 667,801.00 | 667,801.00 |
| Account No. | | | | 1/8/2009 | | | | | |
| Avanade, Inc. 818 Stewart St. Suite 400 Seattle, WA 98101 | | - | | Interest from Promissory Note and Security Agreement | | | | | |
| | | | | Value $                  0.00 | | | | 653,045.00 | 653,045.00 |
| Account No. | | | | Interest from Promissory Note and Security Agreement | | | | | |
| CADG Internation, Pte. Ltd. 350 Orchard Road Shaw House #16-05 Singapore 238868 | X | - | | | | | | | |
| | | | | Value $                  0.00 | | | | 460,000.00 | 460,000.00 |
| Account No. | | | | 10/26/2011 | | | | | |
| David Jones 330 112th Avenue NE Suite 301 Bellevue, WA 98004 | | - | | Interest from Promissory Note and Security Agreement | | | | | |
| | | | | Value $                  0.00 | | | | 195,000.00 | 195,000.00 |
| __2__ continuation sheets attached | | | | Subtotal (Total of this page) | | | | 1,975,846.00 | 1,975,846.00 |

In re __Vadium Technology, Inc._____ ,   Case No. ___12-10808_____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 11/22/2011 | | | | | |
| Elizabeth Hammersmith 3800 Bridgeport Way #523 Tacoma, WA 98466 | | - | Interest from Promissory Note and Security Agreement | | | | | |
| | | | Value $          0.00 | | | | 695,500.00 | 695,500.00 |
| Account No. | | | 10/15/2009 | | | | | |
| John Brasino 26970 SE Old Black Road Issaquah, WA 98029 | | - | Interest from Promissory Note and Security Agreement | | | | | |
| | | | Value $          0.00 | | | | 371,059.00 | 371,059.00 |
| Account No. | | | 10/26/2011 | | | | | |
| Michael Kichline 330 112th Avenue NE Suite 301 Bellevue, WA 98004 | | - | Interest from Promissory Note and Security Agreement | | | | | |
| | | | Value $          0.00 | | | | 1,065,000.00 | 1,065,000.00 |
| Account No. | | | 10/26/2011 | | | | | |
| S. Shawn Tacey 330 112th Avenue NE Suite 301 Bellevue, WA 98004 | | - | Interest from Promissory Note and Security Agreement | | | | | |
| | | | Value $          0.00 | | | | 744,500.00 | 744,500.00 |
| Account No. | | | 12/30/2009 | | | | | |
| Vey Development, Inc. 11822 Justice Avenue Suite B6 Baton Rouge, LA 70816 | | - | Interest from Promissory Note and Security Agreement | | | | | |
| | | | Value $          0.00 | | | | 1,137,857.00 | 1,137,857.00 |
| Sheet __1___ of ___2___ continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal (Total of this page) | | | | 4,013,916.00 | 4,013,916.00 |

In re **Vadium Technology, Inc.** ,                    Case No. __12-10808__

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **Wolfgang Hammersmith 3800 Bridgeport Way #523 Tacoma, WA 98466** | - | | 11/22/2011 Interest from Promissory Note and Security Agreement Value $ 0.00 | | | | 695,500.00 | 695,500.00 |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |

Sheet __2__ of __2__ continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 695,500.00 | 695,500.00 |
| Total (Report on Summary of Schedules) | 6,685,262.00 | 6,685,262.00 |

In re     **Vadium Technology, Inc.**       ,     Case No.     **12-10808**    
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

__2__    continuation sheets attached

In re **Vadium Technology, Inc.**                                        , Case No. **12-10808**

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. California Emp Develop Dept PO Box 989061 West Sacramento, CA 95798-9061 | - | | | | | | 20,000.00 | 0.00 | 20,000.00 |
| Account No. Florida Department of Revenue 5050 W Tennessee St Tallahassee, FL 32399-0180 | - | | | | | | 597.00 | 0.00 | 597.00 |
| Account No. Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346 | - | | | | | | 1,873,629.00 | 1,873,629.00 | 0.00 |
| Account No. Oregon Employment Department PO Box 4395, Unit 2 Portland, OR 97208-4395 | - | | | | | | 22,000.00 | 0.00 | 22,000.00 |
| Account No. State of Maryland Dept of Labor, Licensing & Reg PO Box 17291 Baltimore, MD 21297-0365 | - | | | | | | 187.00 | 0.00 | 187.00 |

Sheet __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 1,873,629.00 |
| (Total of this page) | 1,916,413.00 | 42,784.00 |

In re **Vadium Technology, Inc.** , Case No. **12-10808**
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **State of Michigan Dept of Energy, Labor & Econ 3024 W Grand Blvd Detroit, MI 48202-9827** | - | | | | | | 4,510.00 | 0.00 / 4,510.00 |
| Account No. | | | | | | | | |
| **WA State Employment Security PO Box 9046 Olympia, WA 98507-9046** | - | | | | | | 50,000.00 | 0.00 / 50,000.00 |
| Account No. | | | | | | | | |
| **Washington State Department of Revenue PO Box 34051 Seattle, WA 98124-1052** | - | | | | | | 55,000.00 | 0.00 / 55,000.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 / 109,510.00 / 109,510.00 |
|---|---|---|
| | Total (Report on Summary of Schedules) | 2,025,923.00 / 1,873,629.00 / 152,294.00 |

In re **Vadium Technology, Inc.** , Case No. __12-10808__

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | - | | Unsecured Trade Debt | | | | |
| **ABT ApS Aavang 51 DK-3400 Hillerod Denmark** | | | | | | | | 4,000.00 |
| Account No. | | - | | Unsecured Trade Debt | | | | |
| **Action Web Host 2917 165th PL NE Bellevue, WA 98008** | | | | | | | | 51.00 |
| Account No. | | - | | Unsecured Trade Debt | | | | |
| **Advanced Digital Graphics 123 Newland St Witham, Essex CM8 1BE UK** | | | | | | | | 194.00 |
| Account No. | | - | | Unsecured Trade Debt | | | | |
| **Allied Credit Services 1240 NE 175th St #C Seattle, WA 98155** | | | | | | | | 6,025.00 |

__19__ continuation sheets attached

Subtotal (Total of this page) — 10,270.00

In re    **Vadium Technology, Inc.** _____ ,    Case No. ___**12-10808**___

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Unsecured Note Payable | | | | |
| AlphaCipher Acquisition Corp 401 Second Avenue South Ste 500 Seattle, WA 98104 | | - | | | | | 2,949,402.00 |
| Account No. | | | Unsecured trade debt | | | | |
| Amalgamated Financial Group PO Box 1006 Old Bridge, NJ 08857-1006 | | - | | | | | 154.00 |
| Account No. | | | Unsecured Note Payable | | | | |
| Anthony Robbins 4241 92nd Ave NE Bellevue, WA 98004 | | - | | | | | 44,500.00 |
| Account No. | | | Unsecured Noted Payable | | | | |
| Arnie Ohaks 7021 132nd St SE Snohomish, WA 98296 | | - | | | | | 5,000.00 |
| Account No. | | | Unsecured Trade Debt | | | | |
| Beresford Booth, PLLC 145 3rd Avenue So. Edmonds, WA 98020 | | - | | | | | 106,000.00 |

Sheet no. __**1**__ of __**19**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **3,105,056.00**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

In re __Vadium Technology, Inc._____,  Case No. ___12-10808_____
  
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | - | | Unsecured Note Payable | | | | |
| Blick Rothenberg 12 York Gate Regents Park London NW1 4QS | | | | | | | | 3,000.00 |
| Account No. | | - | | Unsecured Trade Payable | | | | |
| Burt Margolis 1867 June Lake Drive Henderson, NV 89052 | | | | | | | | 10,000.00 |
| Account No. | | - | | Unsecured Trade Debt | | | | |
| Coface 900 Chapel St East Windsor, NJ 08520 | | | | | | | | 8,755.00 |
| Account No. | | - | | Unsecured Trade Debt | | | | |
| Comcast - Office 12645 Stone Ave N Seattle, WA 98133 | | | | | | | | 65.00 |
| Account No. | | - | | Unsecured Trade Debt | | | | |
| Costco PO Box 34331 Seattle, WA 98124 | | | | | | | | 150.00 |

Sheet no. __2___ of __19___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    21,970.00

In re __Vadium Technology, Inc._____,  Case No. ___12-10808_____

_Debtor_

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Unsecured Trade Debt | | | | |
| **Crystal Springs** **PO Box 660579** **Dallas, TX 75266** | | - | | | | | 94.00 |
| Account No. | | | Unsecured Note Payable | | | | |
| **Dale Miller** **14977 SW 33rd St** **Fort Lauderdale, FL 33331** | | - | | | | | 60,000.00 |
| Account No. | | | Unsecured Note Payable | | | | |
| **Dan Gatchet** **3900 Lindsay Hill Road** **Quilcene, WA 98376** | | - | | | | | 21,000.00 |
| Account No. | | | Unsecured Trade Debt | | | | |
| **DarPat, LLC** **1950 Alaskan Way #127** **Seattle, WA 98101** | | - | | | | | 10,500.00 |
| Account No. | | | Unsecured Note Payable | | | | |
| **Darren Basch** **8495 Hathaway Rd** **Kalamazoo, MI 49009** | | - | | | | | 52,506.00 |

Sheet no. __3___ of __19___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) — 144,100.00

In re    **Vadium Technology, Inc.**                                    ,     Case No. __12-10808__
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **David Alexander** <br> **8057 Crest Drive NE** <br> **Seattle, WA 98115** | | - | | Unsecured Note Payable | | | | 22,500.00 |
| Account No. <br><br> **David Nelson** <br> **18659 NE 55th Way** <br> **Redmond, WA 98052** | | - | | Unsecured Note Payable | | | | 10,000.00 |
| Account No. <br><br> **Denny Miller Associates** <br> **400 North Capitol  Street NE** <br> **Suite 363** <br> **Washington, DC 20001** | | - | | Unsecured Trade Debt | | | | 170,000.00 |
| Account No. <br><br> **Denton SNR** <br> **525 Market St, 26th Floor** <br> **San Francisco, CA 94105-2708** | | - | | Unsecured Trade Debt | | | | 41,436.00 |
| Account No. <br><br> **Dorsey Whitney, LLP** <br> **701 5th Avenue #6100** <br> **Seattle, WA 98104** | | - | | Unsecured Trade Debt | | | | 30,000.00 |

Sheet no. __4__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          273,936.00

In re  **Vadium Technology, Inc.**                                    ,        Case No. ___**12-10808**___
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Unsecured Note Payable | | | | |
| **Ea Lilja**<br>**1139 Federal Ave E**<br>**Seattle, WA 98102** | | - | | | | | **5,000.00** |
| Account No. | | | Unsecured Note Payable | | | | |
| **Elizabeth Hammersmith**<br>**3800 Bridgeport Way #523**<br>**Tacoma, WA 98466** | | - | | | | | **835,000.00** |
| Account No. | | | Unsecured Trade Debt | | | | |
| **Fenwick & West  LLP**<br>**801 California St**<br>**Mountain View, CA 94041** | | - | | | | | **23,096.00** |
| Account No. | | | Unsecured Trade Debt | | | | |
| **Gallestigui & Lozon**<br>**Paseo de los Tamarindos No 400**<br>**Torre "B" - 2° Piso, Colonia**<br>**Bosques de las Lomas, 05120**<br>**D.F., Mexico** | | - | | | | | **5,900.00** |
| Account No. | | | Unsecured Trade Debt | | | | |
| **Grindstone Management, LLC**<br>**9916 Peacock Hill Avenue NW**<br>**Bldg. A**<br>**Gig Harbor, WA 98332** | | - | | | | | **330,000.00** |

Sheet no. __5__ of __19__ sheets attached to Schedule of                              Subtotal                | **1,198,996.00** |
Creditors Holding Unsecured Nonpriority Claims                                   (Total of this page)

In re __Vadium Technology, Inc.__ , Case No. ___12-10808___
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Unsecured Trade Debt | | | | |
| Iron Mountain PO Box 27128 New York, NY 10087-7128 | - | | | | | | | 7,540.00 |
| Account No. | | | | Unsecured Note Payable | | | | |
| Irrevocable Trust of Stephanie K Schreiner 9916 Peacock Hill Ave NW Bldg A Gig Harbor, WA 98332 | - | | | | | | | 11,000.00 |
| Account No. | | | | Unsecured Note Payable | | | | |
| Irrevocable Trust of Kristina L. Schreiner 9916 Peacock Hill NW Bldg A Gig Harbor, WA 98332 | - | | | | | | | 11,000.00 |
| Account No. | | | | Unsecured Note Payable | | | | |
| Irrevocable Trust of Jessica M Schreiner 9916 Peacock Hill Ave Bldg A Gig Harbor, WA 98332 | - | | | | | | | 11,000.00 |
| Account No. | | | | Unsecured Note Payable | | | | |
| Irrevocable Trust of Adrienne M Schreiner 9916 Peacock Hill Ave NW Bldg A Gig Harbor, WA 98332 | - | | | | | | | 11,000.00 |

Sheet no. __6__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **51,540.00**

In re  **Vadium Technology, Inc.**                                    ,          Case No.    **12-10808**
_____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Irrevocable Trust of Wriley W Schreiner 9916 Peacock Hill Ave NW Bldg A Gig Harbor, WA 98332** | | - | | Unsecured Note Payable | | | | 11,000.00 |
| Account No.<br><br>**James K Anderson 705 1st St South Kirkland, WA 98033** | | | | Unsecured Note Payable | | | | 65,000.00 |
| Account No.<br><br>**Jan Diepenhein 11328 Lakeside Ave SE Seattle, WA 98125** | | - | | Unsecured Note Payable | | | | 72,500.00 |
| Account No.<br><br>**Jeff Haley 13434 SE 27th Place Bellevue, WA 98005** | | - | | Unsecured Note Payable | | | | 52,000.00 |
| Account No.<br><br>**Jeff Hayford 11914 Nyanza Rd SW Lakewood, WA 98499** | | - | | Unsecured Note Payable | | | | 10,000.00 |

Sheet no. __7__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **210,500.00**

In re    **Vadium Technology, Inc.**                              ,    Case No.    **12-10808**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Unsecured Note Payable | | | | |
| **Jeff Nitsche** **14710 Aqua Dr Kp N** **Gig Harbor, WA 98329** | | - | | | | | 90,000.00 |
| Account No. | | | Unsecured Note Payable | | | | |
| **Jim Becker** **201 NW 60th St** **Seattle, WA 98107** | | - | | | | | 22,000.00 |
| Account No. | | | Unsecured Note Payable | | | | |
| **Jim Lynch** **1420 Evergreen Place** **Tacoma, WA 98466** | | - | | | | | 5,000.00 |
| Account No. | | | Unsecured Note Payable | | | | |
| **Jim Wallace** **19187 N. 94th Place** **Scottsdale, AZ 85255** | | - | | | | | 50,000.00 |
| Account No. | | | Unsecured Note Payable | | | | |
| **Joe Mistachkin** **15606 NE 40th St #L-245** **Redmond, WA 98052** | | - | | | | | 190,000.00 |

Sheet no. __8___ of __19___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **357,000.00**

Case 12-10808-MLB    Doc 14    Filed 02/20/12    Ent. 02/20/12 17:49:24    Pg. 23 of 79

In re   **Vadium Technology, Inc.** _____, Case No. ___**12-10808**___

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Unsecured Note Payable | | | | |
| John A Monk Generation Skipping Trust 836 East Lane Kent, WA 98031 | | - | | | | | 20,000.00 |
| Account No. | | | Unsecured Note Payable | | | | |
| John Parker 2043 S. Washington St. Denver, CO 80201 | | - | | | | | 150,000.00 |
| Account No. | | | Unsecured Note Payable | | | | |
| John Towey 38216 Azalea Drive Palm Desert, CA 92260 | | - | | | | | 10,500.00 |
| Account No. | | | Unsecured Note Payable | | | | |
| Jose Antonio Rios□□ PO Box 85025 Hallandale, FL 33008 | | - | | | | | 513,895.00 |
| Account No. | | | Unsecured Trade Debt | | | | |
| Kastner Williams PO Box 21926 Seattle, WA 98111-3926 | | - | | | | | 18,712.00 |

Sheet no. __**9**__ of __**19**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**713,107.00**

In re  **Vadium Technology, Inc.**                                    ,     Case No.  **12-10808**
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Unsecured Note Payable | | | | |
| Kenyon and Karen Luce 3716 372nd St Auburn, WA 98001 | | - | | | | | | | 159,277.00 |
| Account No. | | | | | Unsecured Trade Debt | | | | |
| Law Office of Michael Lovejoy PO Box 25340 Seattle, WA 98165-2240 | | - | | | | | | | 18,245.00 |
| Account No. | | | | | Unsecured Note Payable | | | | |
| Lawerence Lavine 9424 Veteran Drive SW Lakewood, WA 98498 | | - | | | | | | | 443,000.00 |
| Account No. | | | | | Unsecured Trade Debt | | | | |
| Lawson W Turner III, Attorney PO Box 1783 Little Rock, AR 72203 | | - | | | | | | | 333.00 |
| Account No. | | | | | Unsecured Note Payable | | | | |
| Linda Mackintosh 28707 6th Place S Seattle, WA 98198 | | - | | | | | | | 29,382.00 |

Sheet no. **10** of **19** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **650,237.00**

In re __Vadium Technology, Inc._____,  Case No. ___12-10808_____
                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Unsecured Note Payable | | | | |
| Loal Davis 30915 16th Pl SW, Apt C Federal Way, WA 98023 | | - | | | | | 90,000.00 |
| Account No. | | | Unsecured Trade Debt | | | | |
| Luce & Associates 4505 Pacific Highway East Suite A Tacoma, WA 98424 | | - | | | | | 62,352.00 |
| Account No. | | | Unsecured Note Payable | | | | |
| Martin Kleeland and Brit-Simone Sutter 2522 N Proctor #477 Tacoma, WA 98406 | | - | | | | | 25,000.00 |
| Account No. | | | Unsecured Note Payable | | | | |
| Mary Veal 3813 52nd St NE Tacoma, WA 98422 | | - | | | | | 30,000.00 |
| Account No. | | | Unsecured Trade Debt | | | | |
| Moylan Marketing 21670 SW Hedges Drive Portland, OR 97062 | | - | | | | | 6,500.00 |

Sheet no. __11__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  213,852.00

In re    **Vadium Technology, Inc.** _____,    Case No. ___12-10808___
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Unsecured Trade Debt | | | | |
| **Navidad Real Estate Holding** 1250 E Hallandale Beach Blvd Ste 504 Hallandale, FL 33009 | - | | | | | | 78,533.00 |
| Account No. | | | Unsecured Trade Debt | | | | |
| **NCO Financial Systems** PO Box 17196 Baltimore, MD 21297 | - | | | | | | 48.00 |
| Account No. | | | Unsecured Trade Debt | | | | |
| **North Shore Agency** PO Box 94515 Palatine, IL 60094 | - | | | | | | 221.00 |
| Account No. | | | Unsecured Trade Debt | | | | |
| **Opti Staffing** 6840 Fort Dent Way Seattle, WA 98188-2555 | - | | | | | | 12,000.00 |
| Account No. | | | Unsecured Trade Debt | | | | |
| **OSI Collection Services** 1902 96th St South Tacoma, WA 98444 | - | | | | | | 60.00 |

Sheet no. __12__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    90,862.00

Case 12-10808-MLB    Doc 14    Filed 02/20/12    Ent. 02/20/12 17:49:24    Pg. 27 of 79

In re  **Vadium Technology, Inc.**                                              ,     Case No.    **12-10808**
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Unsecured Trade Debt | | | | |
| Pacess, Inc. PO Box 834 Portland, OR 97207 | | - | | | | | | 38,500.00 |
| Account No. | | | | Unsecured Note Payable | | | | |
| Paul Walker PO Box 3308 Redmond, WA 98073 | | - | | | | | | 20,000.00 |
| Account No. | | | | Unsecured Note Payable | | | | |
| Peter Langmaid 2820 69th Ave SE Mercer Island, WA 98040 | X | - | | | | | | 20,000.00 |
| Account No. | | | | Unsecured Trade Debt | | | | |
| Quardev 3411 Thorndyke Ave West Seattle, WA 98119 | | - | | | | | | 11,374.00 |
| Account No. | | | | Unsecured Note Payable | | | | |
| Recovable Trust of Geoffrey R. Monk 26404 Woodland Way S Kent, WA 98031 | | - | | | | | | 35,000.00 |

Sheet no. __13__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **124,874.00**

In re     **Vadium Technology, Inc.**                                        ,     Case No. ___**12-10808**___
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Unsecured Note Payable | | | | |
| Recovable Trust of John A Monk 836 East Lane Kent, WA 98031 | - | | | | | | | 65,000.00 |
| Account No. | | | | Unsecured Note Payable | | | | |
| Revocable Trust of Samantha C Schreiner 9916 Peacock Hill Ave NW Bldg A Gig Harbor, WA 98332 | - | | | | | | | 11,000.00 |
| Account No. | | | | Unsecured Note Payable | | | | |
| Rod Nichols PO Box 80705 Seattle, WA 98109 | - | | | | | | | 1,445,000.00 |
| Account No. | | | | Unsecured Note Payable | | | | |
| Ron Norris 615 West Prospect St Seattle, WA 98119 | - | | | | | | | 10,000.00 |
| Account No. | | | | Unsecured Trade Debt | | | | |
| Salnave Road Ventures, LLC PO Box 80705 Seattle, WA 98124 | - | | | | | | | 90,132.00 |

Sheet no. __**14**__ of __**19**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       | 1,621,132.00 |

In re    **Vadium Technology, Inc.**                                          ,    Case No.    **12-10808**

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Scott and Sarah Armstrong**<br>**600 Hillside Drive East**<br>**Seattle, WA 98112** | | - | | Unsecured Note Payable | | | | 25,750.00 |
| Account No.<br><br>**Solutonz Conferencing**<br>**901 Bringham Avenue**<br>**Los Angeles, CA 90049** | | - | | Unsecured Trade Debt | | | | 49,500.00 |
| Account No.<br><br>**Sourcefire**<br>**9770 Patuxent Woods Drive**<br>**Columbia, MD 21046** | | - | | Unsecured Trade Debt | | | | 1,259.00 |
| Account No.<br><br>**Staples**<br>**PO Box 415256**<br>**Boston, MA 02241-5256** | | - | | Unsecured Trade Debt | | | | 1,000.00 |
| Account No.<br><br>**Steve and Ronna Schreiner**<br>**9916 Peacock Hill Ave NW**<br>**Bldg A**<br>**Gig Harbor, WA 98332** | | - | | Unsecured Note Payable | | | | 25,000.00 |

Sheet no. __15__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

           Subtotal
(Total of this page)      **102,509.00**

In re __Vadium Technology, Inc._____,  Case No. ___12-10808_____
                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Unsecured Note Payable | | | | |
| Steve O'rear 509 10th Ave Kirkland, WA 98033 | | - | | | | | 5,000.00 |
| Account No. | | | Unsecured Trade Debt | | | | |
| Stonebridge Security, Inc. 1201 Third Avenue, Suite 3080 Seattle, WA 98101 | | - | | | | | 60,766.00 |
| Account No. | | | Unsecured Trade Debt | | | | |
| Strategic Business Communic 1979 Marcus Avenue Lake Success, NY 11042 | | - | | | | | 2,400.00 |
| Account No. | | | Unsecured Note Payable | | | | |
| Stuart Hagen 13612 62nd Ave NE Kirkland, WA 98034 | | - | | | | | 15,750.00 |
| Account No. | | | Unsecured Trade Debt | | | | |
| Synter Resource Group, LLC 5935 Rivers Ave, Ste 102 North Charleston, SC 29419 | | - | | | | | 258.00 |

Sheet no. __16__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  84,174.00

Case 12-10808-MLB    Doc 14    Filed 02/20/12    Ent. 02/20/12 17:49:24    Pg. 31 of 79

In re  **Vadium Technology, Inc.** _____,  Case No. ___**12-10808**___
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**T-Mobile**<br>**PO Box 660252**<br>**Dallas, TX 75266-0252** | - | | **Unsecured Trade Debt** | | | | 3,300.00 |
| Account No. <br><br>**Tacey Goss, PS**<br>**330 112th Avenue NE**<br>**Bellevue, WA 98004** | - | | **Unsecured Trade Debt** | | | | 10,000.00 |
| Account No. <br><br>**Tacoma Public Utility**<br>**City Treasurer**<br>**PO Box 11010**<br>**Tacoma, WA 98411-1010** | - | | **Unsecured Trade Debt** | | | | 61.00 |
| Account No. <br><br>**TATS of WA, Inc.**<br>**PO Box 19577**<br>**Seattle, WA 98109** | - | | **Unsecured Trade Debt** | | | | 65,000.00 |
| Account No. <br><br>**TBK-Patent**<br>**Bavariaring 4-6**<br>**D-80336 Munchen**<br>**Germany** | - | | **Unsecured Trade Debt** | | | | 6,700.00 |

Sheet no. __**17**__ of __**19**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      85,061.00

In re   **Vadium Technology, Inc.**                             ,    Case No.    **12-10808**

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>Terry Korotozer<br>6853 19th Avenue NE<br>Seattle, WA 98115 | | - | | Unsecured Note Payable | | | | 79,500.00 |
| Account No.<br><br>TK Yeoh<br>9708 NE 29th St<br>Bellevue, WA 98004 | | - | | Unsecured Note Payable | | | | 10,000.00 |
| Account No.<br><br>Tom Nickels<br>4833 NE 43rd St<br>Seattle, WA 98105 | | - | | Unsecured Note Payable | | | | 10,000.00 |
| Account No.<br><br>ULR&I<br>3800  Bridgeport Way # 523<br>University Place, WA 98466 | | - | | Unsecured Trade Debt | | | | 450,000.00 |
| Account No.<br><br>Walt Smith<br>609 SW 207th Place<br>Seattle, WA 98166 | X | - | | Unsecured Note Payable | | | | 189,000.00 |

Sheet no. __18__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                Subtotal
(Total of this page)        **738,500.00**

In re **Vadium Technology, Inc.** , Case No. **12-10808**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | - | | Unsecured Trade Debt | | | | |
| **Waxie Sanitary Supply**<br>**PO Box 81006**<br>**San Diego, CA 92138** | | | | | | | | 15.00 |
| Account No. | | | | Unsecured Note Payable | | | | |
| **Wendy Costello**<br>**6310 141st Avenue SE**<br>**Bellevue, WA 98006** | | | | | | | | 40,000.00 |
| Account No. | | - | | Unsecured Note Payable | | | | |
| **Wolfgang Hammersmith**<br>**3800 Bridgeport Way #523**<br>**Tacoma, WA 98466** | | | | | | | | 1,620,000.00 |
| Account No. | | - | | Unsecured Trade Debt | | | | |
| **Worldwide Express**<br>**700 NW Gilman Blvd , Ste 235**<br>**Issaquah, WA 98027** | | | | | | | | 1,951.00 |
| Account No. | | - | | Unsecured Note Payable | | | | |
| **Zsolt Ari**<br>**2304 N 53rd St**<br>**Seattle, WA 98103** | | | | | | | | 150,000.00 |

Sheet no. __19__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **1,811,966.00**

Total
(Report on Summary of Schedules) **11,609,642.00**

.

In re     **Vadium Technology, Inc.**                   ,     Case No.     __**12-10808**__
                                  Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

In re    **Vadium Technology, Inc.**         ,     Case No.    **12-10808**

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Jose Antonio Rios**<br>**PO Box 85025**<br>**Hallandale, FL 33008**<br>  **Guarantor** | **CADG Internation, Pte. Ltd.**<br>**350 Orchard Road**<br>**Shaw House #16-05**<br>**Singapore 238868** |
| **Rob Nicholls**<br>**PO Box 80705**<br>**Seattle, WA 98109** | **Walt Smith**<br>**609 SW 207th Place**<br>**Seattle, WA 98166** |
| **Rob Nicholls**<br>**PO Box 80705**<br>**Seattle, WA 98109**<br>  **Guarantor** | **CADG Internation, Pte. Ltd.**<br>**350 Orchard Road**<br>**Shaw House #16-05**<br>**Singapore 238868** |
| **Rod Nicholls**<br>**PO Box 80705**<br>**Seattle, WA 98109** | **Peter Langmaid**<br>**2820 69th Ave SE**<br>**Mercer Island, WA 98040** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

# United States Bankruptcy Court
## Western District of Washington

In re __Vadium Technology, Inc.__       Case No. __12-10808__

Debtor(s)       Chapter __11__

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the President & CEO of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __36__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __February 20, 2012__       Signature   **/s/ Rodney Gene Nicholls**

                                             **Rodney Gene Nicholls**

                                             **President & CEO**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of Washington

In re   __Vadium Technology, Inc.__                                    Case No.   __12-10808__

                                          Debtor(s)                    Chapter   __11__

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None
■

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

---

### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

---

**3. Payments to creditors**

None
☑

*Complete a. or b., as appropriate, and c.*

    a.   *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☑

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Jose Antonio Rios**<br>**PO Box 85025**<br>**Hallandale, FL 33008** | **February 11, 2012** | **$5,000.00** | **$513,895.00** |

---

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Vadium Technology Inc.; Jose Antonio Rios and Jane Doe Rios, and Rod Nicholls v. CADG International . Cause No: 10-2-36557-5 SEA** | **Declaratory Judgment action. Filed in King County Superior Court, State of Washington.** | **Superior Court of Washington at King County,** | **Dismissed without prejudice on December 13, 2010.** |

---

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com                      Best Case Bankruptcy

Case 12-10808-MLB    Doc 14    Filed 02/20/12    Ent. 02/20/12 17:49:24    Pg. 39 of 79

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **CADG International, PTE, LTD, individually and on behalf of Vadium Voice Communications, LLC, v. Vadium Technology Inc.; Jose Antonio Rios and Jane Doe Rios, and Rod Nicholls. #1160017831.** | **Commercial dispute based upon a breach of contract action, with related claims. Filed with Judicial Arbitration and Mediation Services ("JAMS")** | **Judicial Arbitration and Mediation Services, at Seattle, Washington, REF** | **Stipulated Dismissal without prejudice entered on June 22, 2010. Stipulated Arbitration Award also entered on June 22, 2010.** |
| **Lance Gaines, Et. Al. V. Vadium Technology, Inc.; Wolfgang Hammersmith and Elizabeth Hammermsith, and Rod Nicholls. Cause No: 10-2-11027-5 SEA** | **Commercial dispute for Unpaid Wages, Expense and Related Claims** | **Superior Court of Washington at King County, Cause No: 10-2-11027-5 SEA** | **Stipulated Dismissal with Prejudice Entered in 2011** |

None ■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

#### 7. Gifts

None ■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

#### 8. Losses

None ■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

#### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Dallas W. Jolley, Jr**<br>**4707 So. Junett St.**<br>**Suite B**<br>**Tacoma, WA 98409** | **1/30/2012 AlphaCipher Acquisition Corporation** | **$1,954.00** |

#### 10. Other transfers

None ■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11. Closed financial accounts**

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None ☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |
| **4507 Pacific Highway East, Suite D, Tacoma, WA 98424** | **same name** | **2003- July 2007** |

**16. Spouses and Former Spouses**

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
□    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Vadium Voice Communications, LLC** | 26-4272118 | **PMB 4568 Seattle, WA 98194** | **Subsidiary of Vadium Technology, Inc.** | |
| **Vadium IT Services, LLC** | | **PMB 4568 Seattle, WA 98194** | **Subsidiary of Vadium Technology, Inc.** | |
| **Vadium Fedeal Services, LLC** | **unknown** | **4507 Pacific Highway East Suite D Tacoma, WA 98424** | **Reseller of AlphaCipher to the US Federal Government.** | **2004-2007** |

None ■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                         ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None ■   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                     DATES SERVICES RENDERED

None ■   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                   ADDRESS                       DATES SERVICES RENDERED

None ■   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                         ADDRESS

None ■   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                     DATE ISSUED

---

**20. Inventories**

None ■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY            INVENTORY SUPERVISOR            DOLLAR AMOUNT OF INVENTORY
(Specify cost, market or other basis)

None ■   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY                           NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
RECORDS

---

**21 . Current Partners, Officers, Directors and Shareholders**

None □   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **Wolfgang S Hammersmith**<br>**3800 Bridgeport Way #523**<br>**Tacoma, WA 98466** | **Chairman** | **29.34%** |

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com                           Best Case Bankruptcy

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **Elizabeth Hammersmith**<br>**3800 Bridgeport Way #523**<br>**Tacoma, WA 98466** | **Shareholder with Her Husband, Wolfgang**<br>**Hammersmith** | **29.34%** |
| **Jose Antonio Rios**<br>**PO Box 85025**<br>**Hallandale, FL 33008** | **Director & CEO -** | **None - Option Holder** |
| **Rod Nichols**<br>**PO Box 80705**<br>**Seattle, WA 98109** | **Director & President** | **5.5%** |
| **Burt Margolis**<br>**1867 June Lake Drive**<br>**Henderson, NV 89052** | **Director** | **Less than 1%** |
| **Don Cromer**<br>**29590  Vista Valley Drive**<br>**Vista, CA 92084** | **Director** | **Less than 1%** |
| **Stu Evey**<br>**2015 East 23rd Avenue**<br>**Spokane, WA 99203** | **Director** | **None** |
| **Lawrence Lavine**<br>**9424 Veterans Dr SW**<br>**Lakewood, WA 98498** | **Shareholder** | **6.80%** |
| **Grindstone Management, LLC**<br>**9916 Peacock Hill Ave. NW, Bldg A**<br>**Gig Harbor, WA 98332** | **Shareholder** | **5.10%** |
| **Steve and Ronna Schriener**<br>**9916 Peacock Hill Ave. NW, Bldg A**<br>**Gig Harbor, WA 98332** | **Shareholder** | **Less than 1%** |
| **Irrevocable Trust Stephanie K. Schreiner**<br>**9916 Peacock Hill Ave. NW, Bldg A**<br>**Gig Harbor, WA 98332** | **Shareholder** | **Less than 1%** |
| **Irrevocable Trust Samantha C. Schreiner**<br>**9916 Peacock Hill Ave. NW, Bldg A**<br>**Gig Harbor, WA 98332** | **Shareholder** | **Less than 1%** |
| **Irrevocable Trust Kristina L. Schreiner**<br>**9916 Peacock Hill Ave. NW, Bldg A**<br>**Gig Harbor, WA 98332** | **Shareholder** | **Less than 1%** |
| **Irrevocable Trust Jessica M. Schreiner**<br>**9916 Peacock Hill Ave NW**<br>**Bldg A**<br>**Gig Harbor, WA 98332** | **Shareholder** | **Less than 1%** |
| **Irrevocable Trust Adrienne Schreiner**<br>**9916 Peacock Hill Ave. NW, Bldg A**<br>**Gig Harbor, WA 98332** | **Shareholder** | **Less than 1%** |
| **Irrevocable Trust Wriley W. Schreiner**<br>**9916 Peacock Hill Ave. NW, Bldg A**<br>**Gig Harbor, WA 98332** | **Shareholder** | **Less than 1%** |
| **Salnave Road Ventures, LLC**<br>**PO Box 80705**<br>**Seattle, WA 98124** | **Shareholder** | **Less than 1%** |

None ■ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
| --- | --- | --- |

---

**22 . Former partners, officers, directors and shareholders**

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
| --- | --- | --- |

None ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
| --- | --- | --- |

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None □ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Jose Antonio Rios**☐ **PO Box 85025 Hallandale, FL 33008** | **2/1/2011 - Consulting Fee** | **$5,000** |

---

**24. Tax Consolidation Group.**

None ■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

---

**25. Pension Funds.**

None ■ If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

---

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **February 20, 2012**         Signature  **/s/ Rodney Gene Nicholls**
                                                **Rodney Gene Nicholls**
                                                **President & CEO**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Western District of Washington

| | | | |
|---|---|---|---|
| In re | **Vadium Technology, Inc.** | Case No. | **12-10808** |
| | Debtor(s) | Chapter | **11** |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---|
    | For legal services, I have agreed to accept | $ | **7,500.00** |
    | Prior to the filing of this statement I have received | $ | **1,954.00** |
    | Balance Due | $ | **5,546.00** |

2.  The source of the compensation paid to me was:

    ■ Debtor  ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor  ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **February 20, 2012**

**/s/ Dallas W. Jolley, Jr.**
**Dallas W. Jolley, Jr. 22957**
**Dallas W. Jolley, Jr.**
**4707 So. Junett St.**
**Suite B**
**Tacoma, WA 98409**
**(253) 761-8970   Fax: (253) 761-7910**
**dallas@jolleylaw.com**

---

# United States Bankruptcy Court
## Western District of Washington

In re    **Vadium Technology, Inc.**      Case No.    **12-10808**

                 Debtor(s)         Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **A Norman Nilson Credit Trust**<br>**6853 19th Ave NE**<br>**Seattle, WA 98115** | **Preferred** | **20,000** | **Preferred 10/10/2003** |
| **A Norman Nilson Credit Trust**<br>**6853 19th Ave NE**<br>**Seattle, WA 98115** | **Preferred** | **20,000** | **Preferred 6/17/2003** |
| **Allen Brecke**<br>**386 Columbia Point Dr. #301**<br>**Richland, WA 99352** | **Preferred** | **20,000** | **Preferred 10/1/2007** |
| **Andrew S Elliot**<br>**PO Box 50248**<br>**Bellevue, WA 98015** | **Preferred** | **40,000** | **Preferred 2/2/2004** |
| **Ann McCall Wyman**<br>**2809 South Lane**<br>**Seattle, WA 98114** | **Preferred** | **40,000** | **Preferred 5/1/2007** |
| **Ann McCall Wyman**<br>**2809 South Lane**<br>**Seattle, WA 98114** | **Preferred** | **40,000** | **Preferred 8/20/2004** |
| **Ann McCall Wyman**<br>**2809 South Lane**<br>**Seattle, WA 98114** | **Preferred** | **40,000** | **Preferred 1/7/2007** |
| **Anthony John Robins**<br>**4241 92nd Ave NE**<br>**Bellevue, WA 98004** | **Preferred** | **60,000** | **Preferred 5/1/2007** |
| **Anthony Robbins**<br>**4241 92nd  Ave NE**<br>**Bellevue, WA 98004** | **Preferred** | **140,000** | **Preferred 5/18/2004** |
| **Anthonyn John Robins**<br>**4241 92nd  Ave NE**<br>**Bellevue, WA 98004** | **Preferred** | **60,000** | **Preferred 4/1/2005** |
| **Arnis & Sharon Ohaks**<br>**7021 132nd St SE**<br>**Snohomish, WA 98296** | **Preferred** | **40,000** | **Preferred 3/1/2007** |
| **Bill Owens**<br>**510 Lake St S #B302**<br>**Kirkland, WA 98033** | **Common** | **100,000** | **Common** |

Sheet  1 of 30 in List of Equity Security Holders

Software Copyright (c) 1996-2009 CCH INCORPORATED - www.bestcase.com                  Best Case Bankruptcy

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Bonnie L Moffat**<br>**4030 S 275th Pl**<br>**Auburn, WA 98001** | **Preferred** | **12,000** | **Preferred 9/1/2006** |
| **Bonnie L Moffat**<br>**4030 S 275th Place**<br>**Auburn, WA 98001** | **Preferred** | **40,000** | **Preferred 9/9/2002** |
| **Brian M Wilson Trust**<br>**6525 N 53rd St**<br>**Tacoma, WA 98407** | **Preferred** | **100,000** | **Preferred 8/16/2005** |
| **Bryan B & Stephanie E Varney**<br>**PO Box 913**<br>**Talkeetna, AK 99676** | **Preferred** | **21,000** | **Preferred 7/30/2003** |
| **Bryan B & Stephanie E Varney**<br>**PO Box 913**<br>**Talkeetna, AK 99676** | **Preferred** | **50,000** | **Preferred 4/16/2003** |
| **Bryce B Curtis** | **Preferred** | **20,000** | **Preferred 9/1/2007** |
| **Bryce B Curtis** | **Preferred** | **20,000** | **Preferred 1/1/2008** |
| **BTTE, LLC**<br>**3418 S Star Lake Rd**<br>**Auburn, WA 98001** | **Preferred** | **40,000** | **Preferred 12/23/2003** |
| **Burt Margolis**<br>**1867 June Lake Dr**<br>**Henderson, NV 89502** | **Common** | **10,000** | **Common** |
| **Burton and Faye Margolis**<br>**1867 June Lake Drive**<br>**Henderson, NV 89052** | **Preferred** | **314,000** | **Preferred** |
| **C Eric Gulotta**<br>**15031 Densmore Ave N**<br>**Seattle, WA 98133** | **Preferred** | **40,000** | **Preferred 9/8/2004** |
| **C Schwab IRA FBO**<br>**Elizabeth Hammersmith**<br>**3800 Bridgeport Way, #523**<br>**Tacoma, WA 98466** | **Preferred** | **20,000** | **Preferred 7/10/2003** |

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **C Schwab IRA FBO Wolfgang Hammersmith 3800 Bridgeport Way, #523 Tacoma, WA 98466** | **Preferred** | **20,000** | **Preferred 7/10/2003** |
| **Charles A Burgeson 3775 S 194th Seattle, WA 98188** | **Preferred** | **100,000** | **Preferred 11/3/2004** |
| **Charles A Burgeson 3775 S 194th Seattle, WA 98188** | **Preferred** | **20,000** | **Preferred 9/11/2003** |
| **Chris Eidel** | **Preferred** | **40,000** | **Preferred 9/2/2004** |
| **Chris Guard PO Box 349 Honokaa, HI 96727** | **Preferred** | **30,000** | **Preferred 12/1/2004** |
| **Claus T Hansen 3576 Lowry Road Los Angeles, CA 90027** | **Preferred** | **30,000** | **Preferred 9/1/2006** |
| **Crochet Family Trust Matt Crochet 38 Via Regalo San Clemente, CA 92673** | **Preferred** | **40,000** | **Preferred 8/1/2007** |
| **Cynthia Lair & Michael Geiger 11038 27th Ave NE Seattle, WA 98125** | **Preferred** | **40,000** | **Preferred 6/1/2007** |
| **Dan Gatchet 3900 Lindsay Hill Road Quilcene, WA 98376** | **Warrant to Purchase Common Stock Expires 5/31/2012** | **Warrant: 40,000 x Exercise Price: $0.35 = 14,000** | **Warrant to Purchase Common Stock 4/14/2008** |
| **DarPat, LLC 1950 Alaskan Way #127 Seattle, WA 98101** | **Warrant to Purchase CommonStock Expires 5/31/2012** | **Warrant: 20,000 x Exercise Price: $0.35 = 7,000** | **Warrant to Purchase Common Stock 4/14/2008** |
| **David Burch 18181 Magnolia Way Yorba Linda, CA 92886** | **Preferred** | **40,000** | **Preferred 6/1/2007** |

List of equity security holders consists of 30 total page(s)

Software Copyright (c) 1996-2009 CCH INCORPORATED - www.bestcase.com         Best Case Bankruptcy

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **David Burns** | **Preferred** | **80,000** | **Preferred 3/1/2006** |
| **David Byther**<br>**7528 18th Ave NE**<br>**Seattle, WA 98115** | **Common** | **100,000** | **Common 10/24/2005** |
| **David L Alexander**<br>**8057 Crest Drive NE**<br>**Seattle, WA 98115** | **Preferred** | **80,000** | **Preferred 6/1/2007** |
| **David L Alexander**<br>**8057 Crest Drive NE**<br>**Seattle, WA 98115** | **Preferred** | **40,000** | **Preferred 2/26/2004** |
| **David L. Alexander**<br>**FBO his children**<br>**8057 Crest Drive NE**<br>**Seattle, WA 98115** | **Preferred** | **40,000** | **Preferred** |
| **David Nelson**<br>**18659 NE 55th Way**<br>**Redmond, WA 98052** | **Preferred** | **50,000** | **Preferred 3/1/2007** |
| **David Sabritt & Mina Miller**<br>**11955 Lakeside Ave NE**<br>**Seattle, WA 98125** | **Preferred** | **40,000** | **Preferred 5/1/2007** |
| **Denny Miller**<br>**400 N Capitol St NW #363**<br>**Washington, DC 20001** | **Common** | **150,000** | **Common** |
| **Diane Lauerman** | **Preferred** | **40,000** | **Preferred 7/1/2007** |
| **Diane R Katz**<br>**644 N Fairview Dr**<br>**Tacoma, WA 98406** | **Preferred** | **40,000** | **Preferred 1/1/2008** |
| **Dino D Vallala**<br>**2307 9th Ave**<br>**Milton, WA 98354** | **Preferred** | **40,000** | **Preferred 4/25/2005** |
| **Dino Vallala**<br>**2307 9th Ave**<br>**Milton, WA 98354** | **Stock Option** | **Amount of Grant 12,500** | **Stock Option 6/15/2005** |

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Don Croner**<br>**29590 Vista Valley Dr**<br>**Vista, CA 92084** | Common | **10,000** | Common |
| **Donald L Cromer Survivor Trust**<br>**4055 Millagra Drive**<br>**Fallbrook, CA 92028** | **Preferred** | **79,200** | **Preferred 12/1/2007** |
| **Donn Fry & Diane Stielstra**<br>**917 Third Ave W**<br>**Seattle, WA 98119** | **Preferred** | **40,000** | **Preferred 9/1/2006** |
| **Doris Miriam Katz Credit Trust**<br>**644 N Fairview Dr**<br>**Tacoma, WA 98406** | **Preferred** | **64,000** | **Preferred 1/1/2008** |
| **Dr Madhu K Jawanda Inc**<br>**4198 Angus Drive**<br>**Vancouver, BC**<br>**V634H9** | **Preferred** | **100,000** | **Preferred 4/1/2008** |
| **Dr. Michael Deitz**<br>**5211 West 64th Terrace**<br>**Prairie Village, KS 66208** | **Preferred** | **120,000** | **Preferred 5/1/2008** |
| **Dr. Michael Deitz**<br>**5211 West 64th Terrace**<br>**Prairie Village, KS 66208** | **Preferred** | **600,000** | **Preferred 3/1/2008** |
| **Dr. Michael Deitz**<br>**5211 West 64th Terrace**<br>**Prairie Village, KS 66208** | **Preferred** | **80,000** | **Preferred 2/1/2008** |
| **Dr. Michael Deitz**<br>**5211 West 64th Terrace**<br>**Prairie Village, KS 66208** | **Preferred** | **400,000** | **Preferred 1/1/2008** |
| **Duane & Gloria Billman**<br>**PO Box 5**<br>**Lagrange, IN 46761** | **Preferred** | **100,000** | **Preferred 3/21/2002** |
| **Edward R Hearn**<br>**84 West Santa Clara St #660**<br>**San Jose, CA 95113** | **Common** | **1,150,000** | **Common** |
| **Elizabeth Hammersmith**<br>**3800 Bridgeport Way #523**<br>**Tacoma, WA 98466** | **Common** | **250,000** | **Common** |

List of equity security holders consists of 30 total page(s)

Software Copyright (c) 1996-2009 CCH INCORPORATED - www.bestcase.com                                      Best Case Bankruptcy

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Equity Trust Company**<br>**FBO Tiong-Keat Yeoh IRA**<br>**225 Burns Rd**<br>**Elyria, OH 44035** | **Preferred** | **200,000** | **Preferred 7/1/2007** |
| **Ernesto Gutierrez**<br>**5847 Natick Ave NE**<br>**Van Nuys, CA 91411** | **Preferred** | **40,000** | **Preferred 8/1/2007** |
| **Evan Jacqua**<br>**2805 75th Pl SE, #44**<br>**Mercer Island, WA 98040** | **Common** | **37,500** | **Common** |
| **First Clearing Corp**<br>**FBO James K Anderson**<br>**10700 Wheat First Drive**<br>**WS 1200**<br>**Glen Allen, VA 23060** | **Preferred** | **40,000** | **Preferred 10/15/2003** |
| **FiServ Securities**<br>**Custodian for Thomas A Buckner**<br>**One Commerce Sq**<br>**2005 Market St, 12th Fl**<br>**Vashon, WA 98070** | **Preferred** | **100,000** | **Preferred 7/7/2004** |
| **Gary J Carlson**<br>**PO Box 920**<br>**Vashon, WA 98070** | **Preferred** | **40,000** | **Preferred 3/31/2005** |
| **Geoffrey & Linda R Hodsdon**<br>**3016 N Carr St, #501**<br>**Tacoma, WA 98403** | **Preferred** | **40,000** | **Preferred 10/26/2005** |
| **Geoffrey Hodsdon**<br>**3016 N Carr St, 501**<br>**Tacoma, WA 98403** | **Preferred** | **40,000** | **Preferred 9/11/2003** |
| **Geoffrey R Monk RevocableTrust**<br>**26404 Woodland Way S**<br>**Kent, WA 98030** | **Preferred** | **40,000** | **Preferred 9/1/2006** |
| **Geoffrey R Monk RevocableTrust**<br>**26404 Woodland Way S**<br>**Kent, WA 98030** | **Preferred** | **20,000** | **Preferred 8/26/2005** |
| **Geoffrey R Monk RevocableTrust**<br>**26404 Woodland Way S**<br>**Kent, WA 98030** | **Preferred** | **40,000** | **Preferred 8/26/2005** |

Software Copyright (c) 1996-2009 CCH INCORPORATED - www.bestcase.com      Best Case Bankruptcy

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Geoffrey R Monk RevocableTrust**<br>**26404 Woodland Way S**<br>**Kent, WA 98030** | **Preferred** | **40,000** | **Preferred 2/18/2002** |
| **George M J Kis**<br>**5742 Glen Forest Drive**<br>**Charlotte, NC 28226** | **Preferred** | **40,000** | **Preferred 3/1/2008** |
| **Giuilio Proietto**<br>**84 West Santa Clara St #660**<br>**San Jose, CA 95113** | **Common** | **1,150,000** | **Common** |
| **Greg Lewis & Shelly Scribante**<br>**9321 23rd Ave NW**<br>**Seattle, WA 98117** | **Preferred** | **40,000** | **Preferred 3/1/2007** |
| **Grindstone Management, LLC**<br>**9916 Peacock Hill Ave NW**<br>**Bldg A**<br>**Gig Harbor, WA 98332** | **Warrant to Purchase Common Stock Expires 12/31/2013** | **Warrant: 200,000 x Exercise Price: $0.35 = 70,000** | **Warrant to Purchase Common Stock 5/08** |
| **Grindstone Management, LLC**<br>**7423 110th St NW**<br>**Gig Harbor, WA 98332** | **Preferred** | **44,000** | **Preferred 1/1/2008** |
| **Grindstone Management, LLC**<br>**7423 110th St NW**<br>**Gig Harbor, WA 98332** | **Preferred** | **100,000** | **Preferred 1/1/2008** |
| **Grindstone Management, LLC**<br>**7423 110th St NW**<br>**Gig Harbor, WA 98332** | **Preferred** | **200,000** | **Preferred 1/1/2008** |
| **Grindstone Management, LLC**<br>**7423 110th St NW**<br>**Gig Harbor, WA 98332** | **Preferred** | **300,000** | **Preferred 9/1/2007** |
| **Grindstone Management, LLC**<br>**7423 110th St NW**<br>**Gig Harbor, WA 98332** | **Preferred** | **400,000** | **Preferred 5/1/2006** |
| **Grindstone Management, LLC**<br>**7423 110th St NW**<br>**Gig Harbor, WA 98332** | **Preferred** | **400,000** | **Preferred 1/1/06** |

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **HiQ LLC**<br>**13808 219th Ave SE**<br>**Issaquah, WA 98027** | **Preferred** | **40,000** | **Preferred 3/15/2005** |
| **Ian & Maren Myers**<br>**3628 206th Place SW**<br>**Lynnwood, WA 98036** | **Preferred** | **40,000** | **Preferred 6/1/2007** |
| **James & Barbara A. Smith**<br>**17011 33rd Ave SW**<br>**Seattle, WA 98166** | **Preferred** | **40,000** | **Preferred 9/1/2006** |
| **James & Barbara A. Smith**<br>**17011 33rd Ave SW**<br>**Seattle, WA 98166** | **Preferred** | **40,000** | **Preferred 8/23/2005** |
| **James & Barbara A. Smith**<br>**17011 33rd Ave SW**<br>**Seattle, WA 98166** | **Preferred** | **40,000** | **Preferred 8/23/2005** |
| **James & Linda K Selig**<br>**PO Box 2445**<br>**Vashon, WA 98070** | **Preferred** | **20,000** | **Preferred 8/10/2005** |
| **James B Lynch**<br>**1420 Evergreen Place**<br>**Tacoma, WA 98466** | **Preferred** | **40,000** | **Preferred 1/1/2008** |
| **James K. Anderson**<br>**705 1st St South**<br>**Kirkland, WA 98033** | **Warrants to Purchase Common Stock Expires 12/31/2012** | **Warrant: 200,000 x Exercise Price: $0.25 = 50,000** | **Warrants to Purchase Common Stock 2/14/2008** |
| **James K. Anderson**<br>**705 1st St South**<br>**Kirkland, WA 98033** | **Preferred** | **100,000** | **Preferred 8/1/2007** |
| **James K. Anderson**<br>**705 1st St South**<br>**Kirkland, WA 98033** | **Preferred** | **80,000** | **Preferred 1/1/2007** |
| **James K. Anderson**<br>**705 1st St South**<br>**Kirkland, WA 98033** | **Preferred** | **160,000** | **Preferred 6/16/2005** |

Software Copyright (c) 1996-2009 CCH INCORPORATED - www.bestcase.com      Best Case Bankruptcy

# LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| James K. Anderson<br>705 1st St South<br>Kirkland, WA 98033 | Preferred | 40,000 | Preferred 5/16/2005 |
| James K. Anderson<br>705 1st St South<br>Kirkland, WA 98033 | Preferred | 40,000 | Preferred 2/14/2005 |
| James K. Anderson<br>705 1st St South<br>Kirkland, WA 98033 | Preferred | 40,000 | Preferred 12/17/2004 |
| James M. Becker<br>171 NW 60th St<br>Seattle, WA 98107 | Preferred | 30,000 | Preferred 6/1/2006 |
| James M. Becker<br>171 NW 60th St<br>Seattle, WA 98107 | Preferred | 50,000 | Preferred 11/3/2004 |
| James R. Porter<br>2222 Meridian Ave E<br>Edgewood, WA 98372 | Preferred | 80,000 | Preferred 3/1/2006 |
| James R. Porter<br>2222 Meridian Ave E<br>Edgewood, WA 98372 | Preferred | 40,000 | Preferred 8/15/2005 |
| James R. Porter<br>2222 Meridian Ave E<br>Edgewood, WA 98372 | Preferred | 100,000 | Preferred 6/3/2004 |
| James Wallace<br>11512 Gravelly Lake Drive<br>Lakewood, WA 98499 | Preferred | 400,000 | Preferred 7/1/2008 |
| Jan Diepenheim<br>11328 Lakeside Ave NE<br>Seattle, WA 98125 | Preferred | 50,000 | Preferred 7/1/2007 |
| Jan Diepenheim<br>11328 Lakeside Ave NE<br>Seattle, WA 98125 | Preferred | 60,000 | Preferred 5/1/2007 |
| Jan Diepenheim<br>11328 Lakeside Ave NE<br>Seattle, WA 98125 | Preferred | 40,000 | Preferred 2/1/2007 |

List of equity security holders consists of 30 total page(s)

Software Copyright (c) 1996-2009 CCH INCORPORATED - www.bestcase.com        Best Case Bankruptcy

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Jan Diepenheim<br>11328 Lakeside Ave NE<br>Seattle, WA 98125 | Preferred | 32,000 | Preferred Shared 9/1/2006 |
| Jan Diepenheim<br>11328 Lakeside Ave NE<br>Seattle, WA 98125 | Preferred | 40,000 | Preferred 6/1/2006 |
| Jan Diepenheim<br>11328 Lakeside Ave NE<br>Seattle, WA 98125 | Preferred | 24,000 | Preferred 3/25/2005 |
| Jan Diepenheim<br>11328 Lakeside Ave NE<br>Seattle, WA 98125 | Preferred | 36,000 | Preferred 6/21/2004 |
| Jan Diepenheim<br>11328 Lakeside Ave NE<br>Seattle, WA 98125 | Preferred | 20,000 | Preferred 6/26/2003 |
| Jan Diepenheim<br>11328 Lakeside Ave NE<br>Seattle, WA 98125 | Preferred | 60,000 | Preferred 12/30/2002 |
| Jeanne M. Marrazzo<br>10232 64th Avenue South<br>Seattle, WA 98178 | Preferred | 40,000 | Preferred 6/1/2006 |
| Jeff & Elizabeth Hayford<br>11914 Nyanza Rd SW<br>Lakewood, WA 98499 | Preferred | 48,000 | Preferred 5/1/2005 |
| Jeff & Elizabeth Hayford<br>11914 Nyanza Rd SW<br>Lakewood, WA 98499 | Preferred | 50,000 | Preferred 3/11/2005 |
| Jeff & Elizabeth Hayford<br>11914 Nyanza Rd SW<br>Lakewood, WA 98499 | Preferred | 100,000 | Preferred 11/29/2004 |
| Jeff & Elizabeth Hayford<br>11914 Nyanza Rd SW<br>Lakewood, WA 98499 | Preferred | 500,00 | Preferred 11/12/2004 |
| Jeff Haley<br>155 108th Ave NE, Ste 350<br>Bellevue, WA 98004 | Preferred | 40,000 | Preferred 12/17/2004 |

List of equity security holders consists of 30 total page(s)

Software Copyright (c) 1996-2009 CCH INCORPORATED - www.bestcase.com      Best Case Bankruptcy

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Jeff Haley**<br>**155 108th Ave N, Ste 350**<br>**Bellevue, WA 98004** | **Preferred** | **40,000** | **Preferred 7/1/2002** |
| **Jeremy & Linda Mattox**<br>**6321 Seaview Ave NW, #24**<br>**Seattle, WA 98107** | **Preferred** | **40,000** | **Preferred 11/10/2005** |
| **Jessica Prince**<br>**3940 96th Ave SE**<br>**Mercer Island, WA 98040** | **Preferred** | **40,000** | **Preferred 3/1/2006** |
| **Jim & Carol Metcalf**<br>**6345 160th Place SE**<br>**Bellevue, WA 98006** | **Preferred** | **40,000** | **Preferred 5/1/2006** |
| **Jim Anderson IRA**<br>**705 1st St South**<br>**Kirkland, WA 98033** | **Preferred** | **40,000** | **Preferred 6/16/2003** |
| **Jim Lynch**<br>**1420 Evergree Place**<br>**Fircrest, WA 98466** | **Warrant to Purchase Common Stock Expires 6/30/2012** | **Warrant:15,000 x Exercise Price: $0.35 = 5,250** | **Warrant to Purchase Common Stock 5/7/2008** |
| **Joe Billman**<br>**PO Box 5**<br>**Lagrange, IN 46761** | **Preferred** | **60,000** | **Preferred 11/26/2003** |
| **Joe Billman**<br>**PO Box 5**<br>**Lagrange, IN 46761** | **Preferred** | **40,000** | **Preferred 10/28/2003** |
| **Joe Billman**<br>**PO Box 5**<br>**Lagrange, IN 46761** | **Preferred** | **300,00** | **Preferred** |
| **John  Alexander**<br>**FBO his Children**<br>**23001 Marine View Drive South**<br>**Seattle, WA 98198** | **Preferred** | **40,000** | **Preferred** |
| **John & Barbara Gilchrist**<br>**1026 Paiute Trail**<br>**Arlington, WA 98223** | **Preferred** | **100,000** | **Preferred 9/3/2003** |

In re: __Vadium Technology, Inc.__      Case No. __12-10808__

Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **John & Barbara Gilchrist**<br>**1026 Paiute Trail**<br>**Arlington, WA 98223** | **Preferred** | **100,000** | **Preferred 7/3/2002** |
| **John & Therese Brasino**<br>**26970 SE Old Black Nugget Road**<br>**Issaquah, WA 98029** | **Preferred** | **120,000** | **Preferred 10/1/2007** |
| **John & Therese Brasino**<br>**26970 SE Old Black Nugget Road**<br>**Issaquah, WA 98029** | **Preferred** | **400,000** | **Preferred 5/1/2007** |
| **John A. Monk Revocable Trust**<br>**28714 SE 462nd Place**<br>**Enumclaw, WA 98022-9318** | **Preferred** | **40,000** | **Preferred 9/1/2006** |
| **John A. Setterstrom**<br>**4424 78th Ave SW**<br>**Olympia, WA 98512** | **Preferred** | **40,000** | **Preferred 1/6/2005** |
| **John Alexander**<br>**23001 Marine View Drive S**<br>**Des Moines, WA 98198** | **Preferred** | **80,000** | **Preferred 5/1/2007** |
| **John L. Gilchrist**<br>**1026 Paiute Trail**<br>**Fox Island, WA 98223** | **Preferred** | **300,000** | **Preferred 4/4/2005** |
| **John L. Gilchrist**<br>**1026 Paiute Trail**<br>**Fox Island, WA 98223** | **Preferred** | **200,000** | **Preferred 6/10/2004** |
| **John L. Gilchrist**<br>**1026 Paiute Trail**<br>**Arlington, WA 98223** | **Preferred** | **100,000** | **Preferred 3/17/2005** |
| **John L. Gilchrist**<br>**1026 Paiute Trail**<br>**Fox Island, WA 98223** | **Preferred** | **200,000** | **Preferred 10/26/2004** |
| **John M. Corman**<br>**15899 SE 58th St**<br>**Bellevue, WA 98006** | **Preferred** | **20,000** | **Preferred 12/23/2004** |
| **John Monk Revocable Trust**<br>**28714 SE 462nd Place**<br>**Enumclaw, WA 98022-9318** | **Preferred** | **20,000** | **Preferred 6/3/2005** |

List of equity security holders consists of 30 total page(s)

Software Copyright (c) 1996-2009 CCH INCORPORATED - www.bestcase.com      Best Case Bankruptcy

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **John Monk Revocable Trust**<br>**28714 SE 462nd Place**<br>**Enumclaw, WA 98022-9318** | **Preferred** | **20,000** | **Preferred 12/16/2003** |
| **John Monk Revocable Trust**<br>**28714 SE 462nd Place**<br>**Enumclaw, WA 98022-9318** | **Preferred** | **40,000** | **Preferred 2/27/2003** |
| **John Monk Revocable Trust**<br>**28714 SE 462nd Place**<br>**Enumclaw, WA 98022-9318** | **Preferred** | **40,000** | **Preferred 2/18/2002** |
| **John P. & Marilyn J. Alexander**<br>**23001 Marine View Drive S**<br>**Seattle, WA 98198** | **Preferred** | **20,000** | **Preferred 8/1/2007** |
| **John P. Alexander Jr.**<br>**17504 72nd Ave W**<br>**Edmonds, WA 98026** | **Preferred** | **40,000** | **Preferred 2/26/2004** |
| **John Towey**<br>**38216 Azalea Drive**<br>**Palm Desert, CA 92260** | **Warrants to Purchase Common Stock Expires 6/12/2012** | **Warrant: 20,000 x Exercise Price: $0.35 = 7,000** | **Warrants to Purchase Common Stock 4/12/2008** |
| **John Wobensmith**<br>**1131 August Drive**<br>**Annapolis, MD 21403** | **Stock Option** | **Amount of Grant 50,000** | **Stock Option 6/29/2005** |
| **Jonathan J. & Bobee J. Bridge**<br>**PO Box 1908**<br>**Seattle, WA 98111** | **Preferred** | **100,000** | **Preferred 2/14/2005** |
| **Jonda & Robert C. McFarlane**<br>**3414 Prospect St NW**<br>**Washington, DC 20007** | **Preferred** | **100,000** | **Preferred 9/1/2006** |
| **Jose Antonio Rios**<br>**PO Box 85025**<br>**Hallandale, FL 33008** | **Stock Options** | **Amount of Grant 50,000** | **Stock Option 9/1/2007** |
| **Jose Antonio Rios**<br>**Po Box 85025**<br>**Hallandale, FL 33008** | **Stock Option** | **Amount of Grant 2,723,000** | **Stock Options 1/1/2009** |

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Joseph & Patricia McNamee**<br>**3710 Greenbrier Lane**<br>**Mercer Island, WA 98040** | **Preferred** | **40,000** | **Preferred 8/11/2005** |
| **Joseph Mistachkin**<br>**15606 NE 40th St #L-245**<br>**Redmond, WA 98052** | **Stock Options** | **Amount of Grant 1000** | **Stock Option 12/21/2007** |
| **Joseph Mistachkin**<br>**15606 NE 40th St #L-245**<br>**Redmond, WA 98052** | **Stock Option** | **Amount of Grant 10,000** | **Stock Option 12/15/2008** |
| **Joseph P. Riordan**<br>**PO Box 1834**<br>**Flagstaff, AZ 86002** | **Preferred** | **40,000** | **Preferred 1/30/2004** |
| **Joseph P. Riordan**<br>**PO Box 1834**<br>**Flagstaff, AZ 86002** | **Preferred** | **120,000** | **Preferred 6/26/2002** |
| **Josh Marti**<br>**6709 121st Place SE**<br>**Bellevue, WA 98006** | **Preferred** | **20,000** | **Preferred 3/1/2007** |
| **Justine Kimiko Nelson**<br>**3842 82nd Avenue SE**<br>**Mercer Island, WA 98040** | **Preferred** | **75,000** | **Preferred** |
| **Kai Nelson**<br>**18659 NE 55th Way**<br>**Redmond, WA 98052** | **Preferred** | **10,000** | **Preferred 3/1/2007** |
| **Kenneth & Pamela Wagoner**<br>**8903 232nd St E**<br>**Graham, WA 98338** | **Preferred** | **100,000** | **Preferred 4/1/2007** |
| **Kenneth A. MacDonald &**<br>**Frances E. Phelan**<br>**11318 Clover Crest Dr SW**<br>**Lakewood, WA 98499** | **Preferred** | **73,776** | **Preferred 2/25/2005** |
| **Kenneth A. MacDonald &**<br>**Frances E. Phelan**<br>**11318 Clover Crest Dr SW**<br>**Lakewood, WA 98499** | **Preferred** | **81,224** | **Preferred 2/22/2005** |

Software Copyright (c) 1996-2009 CCH INCORPORATED - www.bestcase.com                                                                          Best Case Bankruptcy

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Kenneth A. MacDonald & Frances E. Phelan 11318 Clover Crest Dr SW Lakewood, WA 98499** | **Preferred** | **200,00** | **Preferred 12/30/2004** |
| **Kenneth A. MacDonald & Frances E. Phelan 11318 Clover Crest Dr SW Lakewood, WA 98499** | **Preferred** | **66,224** | **Preferred 3/12/2004** |
| **Kenneth A. MacDonald & Frances E. Phelan 11318 Clover Crest Dr SW Lakewood, WA 98499** | **Preferred** | **116,000** | **Preferred 2/25/2004** |
| **Kenneth A. MacDonald & Frances E. Phelan 11318 Clover Crest Dr SW Lakewood, WA 98499** | **Preferred** | **18,776** | **Preferred 2/24/2004** |
| **Kenyon & Karen Luce 3716 S 372nd St Auburn, WA 98001** | **Preferred** | **50,000** | **Preferred 6/25/2002** |
| **Kenyon and  Luce 3716 372nd St Auburn, WA 98001** | **Preferred** | **80,000** | **Preferred 3/25/2003** |
| **Kenyon E and Karen Luce 3716 S 372nd St Auburn, WA 98001** | **Warrant to Purchase Common Stock Expires 12/1/2012** | **Warrant: 600,000 x Exercise Price: $0.35 = 210,000** | **Warrant to Purchase Common Stock 5/5/2008** |
| **Kenyon E. Luce 3716 372nd St Auburn, WA 98001** | **Common** | **75,000** | **Common** |
| **Kenyon Luce 3716 S 372nd St Auburn, WA 98001** | **Preferred** | **80,000** | **Preferred 2/17/2005** |
| **Kenyon Luce 3716 372nd St Auburn, WA 98001** | **Preferred** | **100,000** | **Preferred 8/25/2003** |

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Kenyon Luce<br>4505 Pacific Pacific Highway E<br>Suite A<br>Tacoma, WA 98424 | Preferred | 702,331 | Preferred |
| Klune Corportation<br>C/O David Arnold<br>5502 G Lakeview Dr<br>Kirkland, WA 98033 | Common | 200,000 | Common |
| Korotzer Financial Services<br>6853 19th Ave NE<br>Seattle, WA 98115 | Preferred | 80,000 | Preferred 12/24/2002 |
| Kuntry Lumber & Farm Supply<br>PO Box 2<br>Lagrange, IN 46761 | Preferred | 100,000 | Preferred 3/22/2002 |
| Kyle & Lida Buckner<br>27015 SE Old Black Nugget Rd<br>Issaquah, WA 98028 | Preferred | 40,000 | Preferred 1/1/2008 |
| Lance Gaines<br>19507 207th St. Ct. E.<br>Orting, WA 98360 | Preferred | 80,000 | Preferred |
| Larry D. Hosley<br>3123 N 13th<br>Tacoma, WA 98406 | Preferred | 100,000 | Preferred 4/1/2006 |
| Larry D. Hosley<br>3123 N 13th<br>Tacoma, WA 98406 | Preferred | 100,000 | Preferred 8/1/2005 |
| Larry D. Hosley<br>3123 N 13th<br>Tacoma, WA 98406 | Preferred | 40,000 | Preferred 7/13/2005 |
| Larry D. Hosley<br>3123 N 13th<br>Tacoma, WA 98406 | Preferred | 100,000 | Preferred 11/19/2004 |
| Laurie A. & L.T. Murray III<br>1201 Pacific Ave, Ste 1750<br>Tacoma, WA 98402 | Preferred | 40,000 | Preferred 2/17/2005 |

Software Copyright (c) 1996-2009 CCH INCORPORATED - www.bestcase.com      Best Case Bankruptcy

# LIST OF EQUITY SECURITY HOLDERS
## (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Lawerence Lavine**<br>**9424 Veteran Drive SW**<br>**Lakewood, WA 98498** | **Warrant to Purchase Common Stock Expires 12/31/2013** | **Warrant: 500,000 x Exercise Price: $0.35 = 175,000** | **Warrant to Purchase Common Stock 02/10** |
| **Lawerence Lavine**<br>**9424 Veteran Drive SE**<br>**Lakewood, WA 98498** | **Warrant to Purchase Common Stock Expires 12/31/2012** | **Warrant: 200,000x Exercise Price: $0.35 = 70,000** | **Warrant to Purchase Common Stock 6/2008** |
| **Lawrence & Jacqueline Lavine**<br>**9424 Veterans Dr SW**<br>**Lakewood, WA 98498** | **Preferred** | **280,000** | **Preferred 6/1/2008** |
| **Lawrence & Jacqueline Lavine**<br>**9424 Veterans Dr SW**<br>**Lakewood, WA 98498** | **Preferred** | **120,000** | **Preferred 6/1/2008** |
| **Lawrence & Jacqueline Lavine**<br>**9424 Veterans Dr SW**<br>**Lakewood, WA 98498** | **Preferred** | **200,000** | **Preferred 5/1/2007** |
| **Lawrence & Jacqueline Lavine**<br>**9424 Veterans Dr SW**<br>**Lakewood, WA 98498** | **Preferred** | **200,000** | **Preferred 2/1/2007** |
| **Lawrence & Jacqueline Lavine**<br>**9424 Veterans Dr SW**<br>**Lakewood, WA 98498** | **Preferred** | **200,000** | **Preferred 2/1/2007** |
| **Lawrence & Jacqueline Lavine**<br>**9424 Veterans Dr SW**<br>**Lakewood, WA 98498** | **Preferred** | **400,000** | **Preferred 10/1/2006** |
| **Lawrence & Jacqueline Lavine**<br>**9424 Veterans Dr SW**<br>**Lakewood, WA 98498** | **Preferred** | **200,000** | **Preferred 5/1/2006** |
| **Lawrence & Jacqueline Lavine**<br>**9424 Veterans Dr SW**<br>**Lakewood, WA 98498** | **Preferred** | **400,000** | **Preferred 10/26/2005** |
| **Lawrence & Jacqueline Lavine**<br>**9424 Veterans Dr SW**<br>**Lakewood, WA 98498** | **Preferred** | **200,000** | **Preferred 1/1/2006** |

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Lawrence & Jacqueline Lavine**<br>**9424 Veterans Dr SW**<br>**Lakewood, WA 98498** | **Preferred** | **200,000** | **Preferred 9/23/2005** |
| **Lawrence & Jacqueline Lavine**<br>**9424 Veterans Dr SW**<br>**Lakewood, WA 98498** | **Preferred** | **200,000** | **Preferred 9/9/2005** |
| **Lawrence Lavine**<br>**9424 Veteran Drive SW**<br>**Lakewood, WA 98498** | **Stock Option** | **Amount of Grant 50,000** | **Stock Option 5/29/2008** |
| **Lee A. Smith**<br>**8612 Island Drive S**<br>**Seattle, WA 98118** | **Preferred** | **40,000** | **Preferred 11/5/2004** |
| **Linda L. Mackintosh**<br>**28701 6th Place S, #102**<br>**Des Moines, WA 98198** | **Preferred** | **12,000** | **Preferred 9/1/2006** |
| **Linda L. Mackintosh**<br>**28701 6th Place S, #102**<br>**Des Moines, WA 98198** | **Preferred** | **100,000** | **Preferred 6/26/2002** |
| **Linda Mackintosh**<br>**28701 6th Place S, Unit 102**<br>**Seattle, WA 98198** | **Common** | **314,167** | **Common** |
| **Lisa Jackson**<br>**803 W Garfield St**<br>**Seattle, WA 98119** | **Preferred** | **40,000** | **Preferred 9/1/2006** |
| **Lisa Jackson**<br>**803 W Garfield St**<br>**Seattle, WA 98119** | **Preferred** | **60,000** | **Preferred 4/1/2006** |
| **Lisa Maxwell**<br>**450 Howe Street**<br>**Suite 807**<br>**Vancouver, BC V6C 2B3 Canada** | **Preferred** | **24,000** | **Preferred** |
| **Loal Davis**<br>**30916 16th Pl SW Apt C**<br>**Federal Way, WA 98023** | **Stock Option** | **Amount of Grant 50,000** | **Stock Option 4/2/2007** |
| **Loal Davis**<br>**30916 16th Pl SW, Apt C**<br>**Federal Way, WA 98023** | **Stock Option** | **Amount of Grant 5,000** | **Stock Option 12/21/2007** |

List of equity security holders consists of 30 total page(s)

Software Copyright (c) 1996-2009 CCH INCORPORATED - www.bestcase.com                              Best Case Bankruptcy

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Loal Davis<br>30916 16th Pl SW, Apt C<br>Federal Way, WA 98023 | Stock Option | Amount of Grant 10,000 | Stock Option 12/15/2008 |
| Loretta Kelly<br>300 Queen Ann Ave N, #367<br>Seattle, WA 98109 | Preferred | 10,000 | Preferred 12/1/2007 |
| Loretta Kelly<br>300 Queen Ann Ave N, #367<br>Seattle, WA 98109 | Preferred | 20,000 | Preferred 3/24/2003 |
| Loretta Kelly<br>300 Queen Ann Ave N, #367<br>Seattle, WA 98109 | Preferred | 40,000 | Preferred 9/9/2002 |
| Louise A. & Gail E. Meier<br>23635 SE 225th St<br>Maple Valley, WA 98038 | Preferred | 40,000 | Preferred 3/1/2007 |
| Luakaka, LLC<br>Kenyon E Luce<br>900 East Meridian East #19-457<br>Milton, WA 98354 | Common | 10,000 | Common |
| Luakaka, LLC<br>Kenyon E Luce<br>900 East Meridian East #19-457<br>Milton, WA 98354 | Common | 15,000 | Common |
| Luakaka, LLC<br>900 East Meridian East #19-457<br>Milton, WA 98354 | Preferred | 4,000 | Preferred 8/1/2006 |
| Luakaka, LLC<br>900 East Meridian East #19-457<br>Milton, WA 98354 | Preferred | 10,000 | Preferred 12/1/2004 |
| Luakaka, LLC<br>900 East Meridian East #19-457<br>Milton, WA 98354 | Preferred | 20,000 | Preferred 6/18/2004 |
| Lynne Luce<br>37845 Military Rd S<br>Auburn, WA 98001 | Preferred | 40,000 | Preferred 8/19/2004 |

List of equity security holders consists of 30 total page(s)

Software Copyright (c) 1996-2009 CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Lynne Luce**<br>**37845 Military Rd S**<br>**Auburn, WA 98001** | **Preferred** | **20,000** | **Preferred 3/10/2004** |
| **Lynne Luce**<br>**37845 Military Rd S**<br>**Auburn, WA 98001** | **Preferred** | **40,000** | **Preferred10/10/2003** |
| **Marc Fastiggi**<br>**13537 East Wethersfield RD**<br>**Scottsdale, AZ 85259** | **Warrant to Purchase Common Stock Expires 02/12** | **Warrant: 50,000 x Exercise Price: $0.02 = 1,000** | **Warrant to Purchase Common Stock 02/02** |
| **Mark Weisenberg**<br>**1101 Ave D. #E306**<br>**Snohomish, WA 98290** | **Preferred** | **40,000** | **Preferred8/1/2006** |
| **Martha Kelley Spruell**<br>**6225 E Catalina Dr**<br>**Scottsdale, AZ 85251** | **Preferred** | **40,000** | **Preferred10/22/2002** |
| **Martha Kelly Spruell**<br>**6225 E Catalina Dr**<br>**Scottsdale, AZ 85251** | **Preferred** | **20,000** | **Preferred 3/25/2003** |
| **Mary B. Veal**<br>**3813 52nd St NE**<br>**Tacoma, WA 98422** | **Preferred** | **20,000** | **Preferred 3/1/2007** |
| **Mary B. Veal**<br>**3813 52nd St NE**<br>**Tacoma, WA 98422** | **Preferred** | **40,000** | **Preferred 8/11/2005** |
| **Mary Veal**<br>**3813 52nd St NE**<br>**Tacoma, WA 98422** | **Warrant to Purchase Common Stock Expires 6/30/2012** | **Warrant: 30,000  x Exercise Price: $0.35 = 10,500** | **Warrant to Purchase Common Stock 5/14/2008** |
| **McElliot '95 Irrevocable Trust**<br>**11303 Lake Rim Road**<br>**San Diego, CA 92131** | **Preferred** | **40,000** | **Preferred 10/1/2007** |
| **McElliot '95 Irrevocable Trust**<br>**11303 Lake Rim Road**<br>**San Diego, CA 92131** | **Preferred** | **40,000** | **Preferred 10/1/2007** |

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Michael A. Robbins**<br>**1119 1st Ave, #402**<br>**Seattle, WA 98101** | **Preferred** | **80,000** | **Preferred 3/1/2007** |
| **Michael A. Robbins**<br>**1119 1st Ave, #402**<br>**Seattle, WA 98101** | **Preferred** | **100,000** | **Preferred 6/1/2007** |
| **Michael Kichline**<br>**22208 67th Place West**<br>**Mountlake Terrace, WA 98043** | **Common** | **85,000** | **Common** |
| **Michael Kichline**<br>**22208 67th Place West**<br>**Mountlake Terrace, WA 98043** | **Preferred** | **100,000** | **Preferred** |
| **Mitchell Karton**<br>**3248 Lakewood Ave S**<br>**Seattle, WA 98104** | **Preferred** | **50,000** | **Preferred 8/1/2006** |
| **NW Building Tech, INC**<br>**Jeff & Liz Hayford**<br>**11914 Nyanza Rd SW**<br>**Lakewood, WA 98499** | **Preferred** | **350,000** | **Preferred 3/28/2005** |
| **Paul & Susanne Walker**<br>**PO Box 3308**<br>**Redmond, WA 98073** | **Preferred** | **140,000** | **Preferred 6/1/2007** |
| **Paul & Susanne Walker**<br>**PO Box 3308**<br>**Redmond, WA 98073** | **Preferred** | **60,000** | **Preferred 7/1/2006** |
| **Paul L. & Lisa L. Merges**<br>**4510 223rd Pl NE**<br>**Redmond, WA 98053** | **Preferred** | **60,000** | **Preferred 2/11/2004** |
| **Peter Langmaid**<br>**2820 69th Ave SE**<br>**Mercer Island, WA 98040** | **Warrants to Purchase Common Stock Expires 5/4/2012** | **Warrant: 40,000 x Exercise Price: $0.35 = 14,000** | **Warrants to Purchase Common Stock 4/4/2008** |
| **Peter Langmaid**<br>**Audrey Shiffman**<br>**2820 69th Ave SE**<br>**Mercer Island, WA 98040** | **Preferred** | **60,000** | **Preferred 4/1/2006** |

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Philip B. Stielstra**<br>**4208 NE 107th St**<br>**Seattle, WA 98125** | **Preferred** | **40,000** | **Preferred 6/1/2006** |
| **Philip M. Spreuer**<br>**915 N 15 E**<br>**Lagrange, IN 46761** | **Preferred** | **200,000** | **Preferred 1/17/2003** |
| **Randall G. & Angela Williams**<br>**4210 20th St E, Ste D**<br>**Tacoma, WA 98424** | **Preferred** | **24,000** | **Preferred 6/1/2007** |
| **Randall G. & Angela Williams**<br>**4210 20th St E, Ste D**<br>**Tacoma, WA 98424** | **Preferred** | **48,000** | **Preferred 5/1/2006** |
| **Randall G. & Angela Williams**<br>**4210 20th St E, Ste D**<br>**Tacoma, WA 98424** | **Preferred** | **20,000** | **Preferred 3/1/2006** |
| **Randall G. & Angela Williams**<br>**4210 20th St E, Ste D**<br>**Tacoma, WA 98424** | **Preferred** | **20,000** | **Preferred 12/15/2005** |
| **Recovable Trust of John Monk**<br>**28714 SE 462nd Place**<br>**Auburn, WA 98002** | **Preferred** | **60,000** | **Preferred 5/1/2007** |
| **Revocable Trust of**<br>**Geoffrey R. Monk**<br>**26404 Woodland Way S**<br>**Kent, WA 98030** | **Preferred** | **60,000** | **Preferred 5/1/2007** |
| **Richard & Dagmar Melin**<br>**18659 NE 55th Way**<br>**Redmond, WA 98052** | **Preferred** | **4,000** | **Preferred 3/1/2007** |
| **Richard & Geraldine King**<br>**14707 NE 164th St**<br>**Woodinville, WA 98072** | **Preferred** | **140,000** | **Preferred 12/21/2005** |
| **Richard & Geraldine King**<br>**14707 NE 164th St**<br>**Woodinville, WA 98072** | **Preferred** | **100,000** | **Preferred 5/21/2004** |
| **Richard & Sharon Warsinke** | **Preferred** | **40,000** | **Preferred 5/1/2006** |

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Richard B. King**<br>**14707 NE 164th St**<br>**Woodinville, WA 98072** | **Preferred** | **80,000** | **Preferred 3/1/2007** |
| **Richard P. Roberts**<br>**15421 61st Pl NE**<br>**Kenmore, WA 98028** | **Preferred** | **20,000** | **Preferred 9/1/2007** |
| **Robert & Judith Bashor**<br>**2306 2nd North**<br>**Seattle, WA 98109** | **Preferred** | **60,000** | **Preferred 7/1/2006** |
| **Roco Video, INC**<br>**ATTN Joe Sarchet**<br>**6317 Vista Del Mar**<br>**Playa Del Rey, CA 90293** | **Preferred** | **60,000** | **Preferred 3/1/08** |
| **Rod Nicholls**<br>**Po Box 80705**<br>**Seattle, WA 98109** | **Common** | **2,000,000** | **Common** |
| **Ron Norris**<br>**2821 Second Ave, #181**<br>**Seattle, WA 98121** | **Warrant to Purchase Common Stock Expires 6/30/2012** | **Warrant: 20,000 x Exercise Price: $0.35 = 7,000** | **Warrant to Purchase Common Stock 5/08** |
| **Ron Norris**<br>**2821 Second Ave, #181**<br>**Seattle, WA 98121** | **Preferred** | **60,000** | **Preferred 6/2/03** |
| **Ronald C. Norris**<br>**2821 Second Ave, #181**<br>**Seattle, WA 98121** | **Preferred** | **40,000** | **Preferred 2/1/07** |
| **Ronnie S. Stangler**<br>**1425 Western Ave, @101**<br>**Seattle, WA 98101** | **Preferred** | **50,000** | **Preferred 7/1/06** |
| **Sally T. Foster**<br>**601 Union St, #3707**<br>**Seattle, WA 98101** | **Preferred** | **100,000** | **Preferred 8/1/07** |
| **Sara J. Malone**<br>**& Ana Maria L. Ozaeta**<br>**4117 44th Ave SW**<br>**Seattle, WA 98116** | **Preferred** | **40,000** | **Preferred 6/1/06** |

List of equity security holders consists of 30 total page(s)

Software Copyright (c) 1996-2009 CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

In re: **Vadium Technology, Inc.**  Case No. **12-10808**

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Sarah & Scott Armstrong**<br>**600 Hillside Drive East**<br>**Seattle, WA 98112** | **Preferred** | **60,000** | **Preferred 3/1/06** |
| **Scott and Sarah Armstrong**<br>**600 Hillside Dr E**<br>**Seattle, WA 98112** | **Warrant to Purchase Common Stock Expires 4/29/2012** | **Warrant: 37,500 x Exercise Price: $0.35 = 13,125** | **Warrant to Purchase CommonStock 4/29/2012** |
| **Sean Bleck & Denise Read**<br>**2300 Magnolia Blvd W**<br>**Seattle, WA 98199** | **Preferred** | **40,000** | **Preferred 5/1/07** |
| **Shawn Tacey**<br>**330 112th Avenue NE**<br>**Bellevue, WA 98004** | **Preferred** | **100,000** | **Preferred 2/19/2004** |
| **Shawn Tacey**<br>**330 112th Avenue NE**<br>**Bellevue, WA 98004** | **Preferred** | **100,000** | **Preferred 12/30/2003** |
| **Stephen O'Rear**<br>**509 10th Ave**<br>**Kirkland, WA 98033** | **Preferred** | **40,000** | **Preferred 11/1/06** |
| **Stephen O'Rear**<br>**509 10th Ave**<br>**Kirkland, WA 98033** | **Preferred** | **40,000** | **Preferred 11/1/2006** |
| **Steve and Ronna Schreiner**<br>**9916 Peacock Hill Ave NW**<br>**Gig Harbor, WA 98332** | **Warrant to Purchase Common Stock Expires 6/30/2012** | **Warrant: 75,000 x Exercise Price: $0.35 = 26,250** | **Warrant to Purchase CommonStock 5/7/2008** |
| **Steve Lutz**<br>**2607 Western Ave, #506**<br>**Seattle, WA 98121** | **Warrant to Purchase Common Stock Expires 2/2012** | **Warrant: 50,000 x Exercise Price: $0.02 = 1,000** | **Warrant to Purchase Common Stock 2/02** |
| **Steven & Ronna Schreiner**<br>**7423 110th St NW**<br>**Gig Harbor, WA 98332** | **Preferred** | **100,000** | **Preferred  9/1/06** |
| **Steven & Ronna Schreiner**<br>**7423 110th St NW**<br>**Gig Harbor, WA 98332** | **Preferred** | **400,000** | **Preferred 1/1/06** |

List of equity security holders consists of 30 total page(s)

Software Copyright (c) 1996-2009 CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Steven & Ronna Schreiner**<br>**7423 110th St NW**<br>**Gig Harbor, WA 98332** | **Preferred** | **20,000** | **Preferred 1/1/06** |
| **Steven Carl**<br>**& O. Stewart Schroeder**<br>**3418 S Star Lake Rd**<br>**Auburn, WA 98001** | **Preferred** | **40,000** | **Preferred 5/31/02** |
| **Steven D. Davies**<br>**2720 Eastwood Avenue**<br>**Evanston, IL 60201** | **Preferred** | **40,000** | **Preferred 9/1/06** |
| **Steven M. Hagen**<br>**13612 62nd Ave NE**<br>**Kirkland, WA 98034** | **Preferred** | **40,000** | **Preferred 9/1/06** |
| **Steven M. Hagen**<br>**13612 62nd Ave NE**<br>**Kirkland, WA 98034** | **Preferred** | **40,000** | **Preferred 5/1/06** |
| **Stone Bridge Securities**<br>**2505 2nd Ave Ste 515**<br>**Seattle, WA 98121** | **Warrant to Purchase Common Stock Expires 10/15/2017** | **Warrant: 442,500 x Exercise Price: $0.25 = 110,625** | **Warrant to Purchase Common Stock 10/15/2007** |
| **Stone Bridge Securities**<br>**2505 2nd Ave Ste 515**<br>**Seattle, WA 98121** | **Warrant to Purchase Common Stock Expires 10/15/2017** | **Warrant: 556,750 x Exercise Price: $0.40 = 222,700** | **Warrant to Purchase Common Stock 10/15/2007** |
| **Stuart Hagen**<br>**13612 62nd Ave NE**<br>**Kirkland, WA 98034** | **Warrants to Purchase Common Stock Expires 6/18/2012** | **Warrant: 30,000 x Exercise Price: $0.35 = 10,500** | **Warrant to Purchase Common Stock 4/18/2008** |
| **Terry Korotzer**<br>**6853 19th Ave NE**<br>**Seattle, WA 98115** | **Preferred** | **40,000** | **Preferred 7/1/07** |
| **Terry Korotzer**<br>**6853 19th Ave NE**<br>**Seattle, WA 98115** | **Preferred** | **40,000** | **Preferred 5/1/07** |

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Terry Korotzer**<br>**6853 19th Ave NE**<br>**Seattle, WA 98115** | **Preferred** | **40,000** | **Preferred 2/1/07** |
| **Terry Korotzer**<br>**6853 19th Ave NE**<br>**Seattle, WA 98115** | **Preferred** | **32,000** | **Preferred 6/17/2004** |
| **Terry Korotzer**<br>**6853 19th Ave NE**<br>**Seattle, WA 98115** | **Preferred** | **20,000** | **Preferred 7/18/2003** |
| **Terry Korotzer**<br>**6853 19th Ave NE**<br>**Seattle, WA 98115** | **Preferred** | **32,000** | **Preferred 5/6/03** |
| **Thomas & Eloise Fox**<br>**5742 Glen Forest Drive**<br>**Charlotte, NC 28226** | **Preferred** | **40,000** | **Preferred 6/1/07** |
| **Thomas & Linda Buckner**<br>**1842 Overhulse Rd NW**<br>**Olympia, WA 98502** | **Preferred** | **200,000** | **Preferred 7/7/04** |
| **Thomas J. Fox III**<br>**5742 Glen Forest Drive**<br>**Charlotte, NC 28226** | **Preferred** | **40,000** | **Preferred 6/1/07** |
| **Thomas J. Nickels**<br>**4833 NE43rd St**<br>**Seattle, WA 98105** | **Preferred** | **40,000** | **Preferred 4/1/06** |
| **Thomas Nickels**<br>**4833 NE 43rd St**<br>**Seattle, WA 98105** | **Preferred** | **40,000** | **Preferred 2/1/08** |
| **Timothy & Catherine Jewell**<br>**N13499 Country Rd K**<br>**Downing, WI 54734** | **Preferred** | **120,000** | **Preferred 2/1/07** |
| **Tiong-Keat Yeoh**<br>**9708 NE 29th St**<br>**Bellevue, WA 98004** | **Preferred** | **100,000** | **Preferred 7/1/07** |
| **Tiong-Keat Yeoh**<br>**9708 NE 29th St**<br>**Bellevue, WA 98004** | **Preferred** | **200,000** | **Preferred 7/1/07** |

List of equity security holders consists of 30 total page(s)

Software Copyright (c) 1996-2009 CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **TLCA, LLC**<br>**2076 Poppywood Ave**<br>**Henderson, NV 89012** | **Preferred** | **100,000** | **Preferred 2/1/05** |
| **TLCA, LLC**<br>**2076 Poppywood Ave**<br>**Henderson, NV 89012** | **Preferred** | **40,000** | **Preferred 7/21/04** |
| **TLCA, LLC**<br>**2076 Poppywood Ave**<br>**Henderson, NV 89012** | **Preferred** | **40,000** | **Preferred** |
| **TLCA, LLC**<br>**2076 Poppywood Ave**<br>**Henderson, NV 89012** | **Preferred** | **100,000** | **Preferred 3/25/03** |
| **TLCA, LLC**<br>**2076 Poppywood Ave**<br>**Henderson, NV 89012** | **Preferred** | **60,000** | **Preferred 12/9/02** |
| **Tom Nickels**<br>**4833 NE 43rd St**<br>**Seattle, WA 98105** | **Warrants to Purchase Common Stock Expires 12/31/2012** | **Warrant: 40,000 x Exercise Price: $0.35 = 14,000** | **Warrants to Purchase Common Stock 2/12/2008** |
| **Walter & Denise Smith**<br>**609 SW 207th Place**<br>**Seattle, WA 98166** | **Preferred** | **40,000** | **Preferred 10/1/06** |
| **Walter W. Smith**<br>**609 SW 207th Place**<br>**Seattle, WA 98166** | **Preferred** | **40,000** | **Preferred 11/5/04** |
| **Wendy D. Costello**<br>**4507 NE 26th Ct**<br>**Renton, WA 98059** | **Preferred** | **20,000** | **Preferred 9/1/06** |
| **Wendy D. Costello**<br>**4507 NE 26th Ct**<br>**Renton, WA 98059** | **Preferred** | **100,000** | **Preferred 10/2/02** |
| **William D. & Karla K. Center**<br>**24007 76th Ave W**<br>**Edmonds, WA 98026** | **Preferred** | **40,000** | **Preferred 12/1/06** |

List of equity security holders consists of 30 total page(s)

Software Copyright (c) 1996-2009 CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **William J Rex**<br>**1201 Third Ave, Ste 3500**<br>**Seattle, WA 98101** | **Stock Option** | **Amount of Grant 50,000** | **Stock Option 7/1/2007** |
| **William J. Rex**<br>**1201 Third Ave, Ste 3500**<br>**Seattle, WA 98101** | **Preferred** | **100,000** | **Preferred 7/1/07** |
| **William J. Rex**<br>**1201 Third Ave, Ste 3500**<br>**Seattle, WA 98101** | **Preferred** | **40,000** | **Preferred 12/8/05** |
| **William Jon Hermsen**<br>**3576 Lowry Road**<br>**Los Angeles, CA 90027** | **Preferred** | **20,000** | **Preferred 9/1/06** |
| **Willow Springs Capital, LLC**<br>**PO Box 80705**<br>**Seattle, WA 98109** | **Preferred** | **24,000** | **Preferred 1/15/04** |
| **Willow Springs Capital, LLC**<br>**PO Box 80705**<br>**Seattle, WA 98109** | **Preferred** | **25,000** | **Preferred** |
| **Willow Springs Capital, LLC**<br>**PO Box 80705**<br>**Seattle, WA 98109** | **Preferred** | **40,000** | **Preferred** |
| **Wolfgang & Elizabeth Hammersmith**<br>**3800 Bridgeport Way #523**<br>**Tacoma, WA 98466** | **Preferred** | **40,000** | **Preferred** |
| **Wolfgang Elizabeth Hammersmith**<br>**3800 Bridgeport Way #523**<br>**Tacoma, WA 98466** | **Common and Preferred** | **13,000,000** | **Common and Preferred** |
| **Wolfgange S Hammersmith**<br>**Beth M Hammersmith**<br>**3800 Bridgeport Way #523**<br>**Tacoma, WA 98466** | **Common** | **7,766,558** | **Common** |
| **Wolfgange S Hammersmith**<br>**Beth M Hammersmith**<br>**3800 Bridgeport Way #523**<br>**Tacoma, WA 98466** | Common | **750,000** | Common |

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Wolfgange S Hammersmith**<br>**3800 Bridgeport Way #523**<br>**Tacoma, WA 98466** | **Common** | **250,000** | **Common** |
| **Wolfgange S Hammersmith**<br>**Elizabeth M Hammersmith**<br>**3800 Bridgeport Way #523**<br>**Tacoma, WA 98466** | **Preferred** | **40,000** | **Preferred 5/2/03** |
| **Wolfgange S Hammersmith**<br>**Beth M Hammersmith**<br>**3800 Bridgeport Way #523**<br>**Tacoma, WA 98466** | **Preferred** | **50,000** | **Preferred 6/25/2002** |
| **Wolfgange S Hammersmith**<br>**Beth M Hammersmith**<br>**3800 Bridgeport Way #523**<br>**Tacoma, WA 98466** | **Preferred** | **24,000** | **Preferred 3/28/02** |
| **Yoko MacMahon**<br>**2933 A Laukoa Place**<br>**Honolulu, HI 96813** | **Preferred** | **40,000** | **Preferred 10/14/03** |
| **Zehbra, INC**<br>**2304 N 53rd St**<br>**Seattle, WA 98103** | **Common** | **305,000** | **Common** |
| **Zehbra, INC**<br>**2304 N 53rd St**<br>**Seattle, WA 98103** | **Preferred** | **56,100** | **Preferred 10/19/2005** |
| **Zsolt Ari**<br>**2304 N 53rd St**<br>**Seattle, WA 98103** | **Stock Option** | **Amount of Grant 150,000** | **Stock Option 12/1/2003** |
| **Zsolt Ari**<br>**2304 N 53rd St**<br>**Seattle, WA 98103** | **Stock Option** | **Amount of Grant 50,000** | **Stock Option 1/12/2004** |
| **Zsolt Ari**<br>**2304 N 53rd St**<br>**Seattle, WA 98103** | **Stock Option** | **Amount of Grant 20,000** | **Stock Option 12/20/2005** |
| **Zsolt Ari**<br>**2304 N 53rd St**<br>**Seattle, WA 98103** | **Stock Option** | **Amount of Grant 15,000** | **Stock Option 12/19/2006** |

In re: __Vadium Technology, Inc.__        Case No. __12-10808__

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Zsolt Ari**<br>**2304 N 53rd St**<br>**Seattle, WA 98103** | **Stock Option** | **Amount of Grant 10,000** | **Stock Option 12/21/2007** |
| **Zsolt Ari**<br>**2304 N 53rd St**<br>**Seattle, WA 98103** | **Stock Option** | **Amount of Grant 10,000** | **Stock Options 12/15/2008** |
| **Zsolt Ari**<br>**2304 N 53rd St**<br>**Seattle, WA 98103** | **Preferred** | **30,000** | **Preferred 8/24/04** |
| **Zsolt Ari`**<br>**2304 N 53rd St**<br>**Seattle, WA 98103** | **Preferred** | **46,000** | **Preferred 8/18/2004** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President & CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   __February 20, 2012__      Signature   /s/**Rodney Gene Nicholls**

                                                       **Rodney Gene Nicholls**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of Washington

In re    **Vadium Technology, Inc.**                   Case No.   **12-10808**

                                          Debtor(s)          Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

I, the President & CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and

correct to the best of my knowledge.

Date:    **February 20, 2012**                  **/s/ Rodney Gene Nicholls**

                                            **Rodney Gene Nicholls**/President & CEO
                                            Signer/Title

# United States Bankruptcy Court

## Western District of Washington

In re   **Vadium Technology, Inc.**                  Case No.   **12-10808**

                             Debtor(s)           Chapter     **11**


## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)


Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Vadium Technology, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Wolfgang Elizabeth Hammersmith**
**3800 Bridgeport Way #523**
**Tacoma, WA 98466**


☐ None [*Check if applicable*]


| | |
|---|---|
| **February 20, 2012** | **/s/ Dallas W. Jolley, Jr.** |
| Date | **Dallas W. Jolley, Jr. 22957** |
| | Signature of Attorney or Litigant |
| | Counsel for   **Vadium Technology, Inc.** |
| | **Dallas W. Jolley, Jr.** |
| | **4707 So. Junett St.** |
| | **Suite B** |
| | **Tacoma, WA 98409** |
| | **(253) 761-8970 Fax:(253) 761-7910** |
| | **dallas@jolleylaw.com** |

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com            Best Case Bankruptcy