The Law Offices of Dallas W. Jolley
4707 S. Junett Street
Suite B
Tacoma WA 98409


Invoice submitted to:
Vadium Technology, Inc.
401 2nd Avenue S.
Suite 500
Seattle WA 98104


In Reference To:Chapter 11 Cause No. 12-10808-MLB
Invoice #10485

Professional services

|  | | Hrs/Rate | Amount |
|---|---|---|---|
| 1/27/12– | Conference with client regarding filing Chapter 11 | 1.00 325.00/hr | 325.00 |
| 1/28/12– | Research Chapter 11 issues for cases with sale of assets and stock swap but not operating at present. Potential first day motion needs explored. | 1.00 325.00/hr | 325.00 |
| 1/30/12– | Prepare Emergency Chapter 11 filing. | 2.50 325.00/hr | 812.50 |
| – | Emails with client from 1/30/2012 – 1/31/2012. 13 emails at 6 min each | 1.30 325.00/hr | 422.50 |
| 2/1/12– | ECF notices on US Trustee appointment | 0.10 325.00/hr | 32.50 |
| – | Emails with client from 2/1/2012 – 2/29/2012. 61 emails at 6 min each. | 6.10 325.00/hr | 1,982.50 |
| 2/3/12– | ECF notice re meeting of creditors | 0.10 325.00/hr | 32.50 |
| – | Phone calls with client in 2/2012 (2/3, 2/20) | 0.78 325.00/hr | 253.50 |
| 2/10/12– | ECF notice on State of Washington--Mosner special notice and notice of appearance | 0.10 325.00/hr | 32.50 |
| 2/13/12– | Preparation of pleadings to extend time to file balance of schedules and file same. | 0.50 325.00/hr | 162.50 |

| | Hrs/Rate | Amount |
|---|---|---|
| 2/14/12- ECF notice on WA Department of Revenue tax claim | 0.10 325.00/hr | 32.50 |
| 2/15/12- File Monthly Report | 0.33 325.00/hr | 107.25 |
| 2/16/12- Initial Debtor Interview with financial analyst. | 1.00 325.00/hr | 325.00 |
| 2/20/12- Review and File B-26 form | 0.25 325.00/hr | 81.25 |
| - Balance of schedules preparation | 8.00 75.00/hr | 600.00 |
| - Review and file Balance of Schedules. | 0.50 325.00/hr | 162.50 |
| 3/1/12- Emails with client between 3/1/2012 - 3/30/2012. 45 emails at 6 mins each. | 4.50 325.00/hr | 1,462.50 |
| 3/5/12- Phone calls with client in March 2012 (3/5/2012, 3/19/2012) | 0.22 325.00/hr | 71.50 |
| 3/6/12- Meeting of Creditors | 1.00 325.00/hr | 325.00 |
| 3/14/12- Review and file monthly report. | 0.25 325.00/hr | 81.25 |
| 3/19/12- Phone calls with client in 6/2012 (6/13, 6/18, 6/19, 6/20, 6/22, 6/26, 6/29) | 0.93 325.00/hr | 302.25 |
| 3/29/12- ECF notice on Washington Employment Security Department claim | 0.10 325.00/hr | 32.50 |
| - Texts with client from 3/9/12 - 6/17/12. 39 texts at 6 min each | 3.90 325.00/hr | 1,267.50 |
| 4/2/12- Prepare amendments to Schedules D,E,F,G,H, Statement of Financial Affairs, and Amendment to List of Equity Security Holders. | 4.00 75.00/hr | 300.00 |
| - File amendments post-341 meeting of creditors | 0.75 325.00/hr | 243.75 |
| - Emails with client from 4/2/2012 - 4/30/2012. 60 emails at 6 mins each. | 6.00 325.00/hr | 1,950.00 |
| - Phone calls with client in 4/2012 (4/2, 4/3) | 0.32 325.00/hr | 104.00 |
| 4/4/12- Preparation of pleadings to appoint Counsel for Debtor | 0.75 325.00/hr | 243.75 |
| 4/5/12- ECF notice of IRS claim and call with Rod regarding same. | 0.20 325.00/hr | 65.00 |
| 4/12/12- Correct Schedules. | 0.50 325.00/hr | 162.50 |

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| 4/13/12- | Review and file March monthly report | 0.25 325.00/hr | 81.25 |
| 4/20/12- | ECF notice of claim by Luce and 4505 LLC. | 0.20 325.00/hr | 65.00 |
| 4/30/12- | Review and discuss Motion to Dismiss or Convert by State of Washington | 1.00 325.00/hr | 325.00 |
| - | ECF notice on Oregon Employment Dept claim. | 0.10 325.00/hr | 32.50 |
| 5/1/12- | Emails with client between 5/1/2012 - 5/31/2012. 166 emails at 6 minutes each. | 16.60 325.00/hr | 5,395.00 |
| 5/7/12- | Preparation of pleadings to bring motion to appoint Counsel for Debtor considering State of Washington Objection | 0.50 325.00/hr | 162.50 |
| 5/9/12- | Mailing of Motion to Appointment Counsel | 2.50 75.00/hr | 187.50 |
| 5/10/12- | Phone calls with client in May 2012 (5/10, 5/22, 5/23, 5/25, 5/26, 5/29, 5/30, 5/31) | 3.77 325.00/hr | 1,225.25 |
| 5/14/12- | Review and File April monthly report. | 0.33 325.00/hr | 107.25 |
| 5/17/12- | Conference call regarding motion to dismiss. | 1.00 325.00/hr | 325.00 |
| 5/21/12- | ECF notice on Florida Department of Revenue Claims. | 0.20 325.00/hr | 65.00 |
| - | Response to State's Motion to Dismiss or Convert. | 15.00 162.50/hr | 2,437.50 |
| 5/23/12- | Motion to Approve APA | 9.00 162.50/hr | 1,462.50 |
| 5/24/12- | Preparation of pleadings in response to State of Washington's motion to dismiss. | 3.00 325.00/hr | 975.00 |
| 5/25/12- | Prepare notice for Motion to Approve Asset Purchase Agreement | 1.25 162.50/hr | 203.13 |
| - | Prepare Order Granting Debtor's Motion to Approve APA | 3.00 162.50/hr | 487.50 |
| - | Notice of Motion and Hearing to Approve APA | 2.00 162.50/hr | 325.00 |
| 5/30/12- | Application for Order Approving Interim Attorney Costs and Fees. | 1.50 162.50/hr | 243.75 |
| 6/1/12- | Notice of Hearing for an Application for Award od Interim Attorney Fees and Costs. | 1.00 162.50/hr | 162.50 |

|                                                                      | Hrs/Rate    | Amount   |
|----------------------------------------------------------------------|-------------|----------|
| 6/1/12– Order Approving Interim Costs and Fees.                       | 0.75        | 121.88   |
|                                                                      | 162.50/hr   |          |
| – Emails with client between 6/1/2012 – 6/29/2012. 57 emails at 6 mins each. | 5.70 | 1,852.50 |
|                                                                      | 325.00/hr   |          |
| 6/13/12– Plan and Disclosure Statement discussion and review.        | 1.33        | 432.25   |
|                                                                      | 325.00/hr   |          |
| 6/20/12– Research confirmation issues                                | 0.50        | 162.50   |
|                                                                      | 325.00/hr   |          |
| 7/1/12– Emails with client between 7/1/2012 – 7/10/2012. 97 emails at 6mins each. | 9.70 | 3,152.50 |
|                                                                      | 325.00/hr   |          |
| – Phone calls with client in 7/12 (7/1, 7/2, 7/5, 7/6, 7/9)          | 1.05        | 341.25   |
|                                                                      | 325.00/hr   |          |
| 7/2/12– Research 9th Circuit case law on release of liability and other issues in the plan.  Prepare Notice on Motion and Hearing and review and revise Motion and Order Approving Disclosure Statement. | 3.75 | 1,218.75 |
|                                                                      | 325.00/hr   |          |
| – Prepare Motion for Order Approving Disclosure Statement.           | 11.50       | 1,868.75 |
|                                                                      | 162.50/hr   |          |
| – Prepare Order Approving Disclosure Statement.                     | 3.50        | 568.75   |
|                                                                      | 162.50/hr   |          |
| 7/3/12– Prepare for filing the Plan, Disclosure Statement, Exhibits, Motion to Approve Disclosure Statement, Notice of Hearing, Order Approving Disclosure Statment.  File all documents. | 8.50 | 2,762.50 |
|                                                                      | 325.00/hr   |          |
| – Prepare for hearing on Motion to Dismiss, Application to Appoint Counsel, DIP Financing Order, and revise Asset Purchase Agreement Order. | 3.50 | 1,137.50 |
|                                                                      | 325.00/hr   |          |
| 7/5/12– Conference with client regarding Motion to Dismiss hearing   | 2.25        | 731.25   |
|                                                                      | 325.00/hr   |          |
| – B-14 Ballot – Unsecured Claims and Secured Claims.                | 4.00        | 650.00   |
|                                                                      | 162.50/hr   |          |
| – Prepare Notice of Non-status Voting to Holders of Unimpaired Classes. | 1.50     | 243.75   |
|                                                                      | 162.50/hr   |          |
| – Prepare Notice of Disclosure Statement.                           | 1.50        | 243.75   |
|                                                                      | 162.50/hr   |          |
| 7/6/12– Prepare for Court--Print out Disclosure Statement and Exhibits, Plan of Reorganization, and documents for hearing. Court Appearance for | 3.00 | 975.00 |
|                                                                      | 325.00/hr   |          |

|  | Hrs/Rate | Amount |
|---|---|---|

Hearing on Motion to Dismiss by State of Washington, Approval of Counsel, Asset Purchase Agreement, and Order Approving DIP Financing.

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| 7/7/12– | Review and revise Motion for an Order Setting Claims Bar Dates, Approve Form of Notice, Claims Forms and Publication Notice, Order for the Motion, and Prepare Notice of Motion and Hearing.  Prepare Notice of Motion and Hearing and review and revise Motion for an Order Shortening Time and Order Shortening Time. | 4.50 325.00/hr | 1,462.50 |
| 7/9/12– | Prepare Order Granting Debtor's Motion to Extend the Exclusive Period During Which Debtors May file a Chapter 11 Plan. | 1.50 162.50/hr | 243.75 |
| 7/10/12– | Meeting with Rod at Shawn Tacey's Office. | 0.25 325.00/hr | 81.25 |

For professional services rendered          177.56     $44,819.51

Additional charges:

| Date | Description | Amount |
|---|---|---|
| 7/5/12 | Parking for Client Conference | 7.00 |
| 7/6/12 | Parking for Hearing | 5.00 |

Total costs                                               $12.00

Total amount of this bill                             $44,831.51

Balance due                                           $44,831.51